# EXHIBIT 1

Int. Cl.: 29

Prior U.S. Cl.: 46

| | |
|---|---|
| **United States Patent and Trademark Office** | **Reg. No. 1,281,767**<br>Registered Jun. 12, 1984 |

## TRADEMARK
### Principal Register

## COUNTRY CROCK

Beatrice Foods Co. (Delaware corporation)
2 N. LaSalle St.
Chicago, Ill. 60602

For: VEGETABLE OIL SPREAD, in CLASS 29 (U.S. Cl. 46).
First use Feb. 8, 1982; in commerce Feb. 8, 1982.

Ser. No. 352,900, filed Mar. 4, 1982.

ROGER KATZ, Examining Attorney

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**   Reg. No. 2,011,836
Registered Oct. 29, 1996

---

## TRADEMARK
### PRINCIPAL REGISTER



VAN DEN BERGH FOODS, INC. (DELAWARE CORPORATION)
501 SILVERSIDE ROAD
WILMINGTON, DE 19809

   FOR: VEGETABLE OIL SPREAD, IN CLASS 29 (U.S. CL. 46).
   FIRST USE 10-31-1994; IN COMMERCE 10-31-1994.
   OWNER OF U.S. REG. NO. 1,761,540.
   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPREAD", "STYLE" AND "SWEET BUTTERY TASTE", APART FROM THE MARK AS SHOWN.
   THE LINING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

SER. NO. 74-736,241, FILED 9-29-1995.

NORA BUCHANAN WILL, EXAMINING ATTORNEY