# EXHIBIT 2

Case 1:07-cv-03177-GEL     Document 1-6     Filed 04/19/2007     Page 1 of 2

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,257,722
Registered Nov. 15, 1983

## TRADEMARK
Principal Register

## I CAN'T BELIEVE IT'S NOT BUTTER!

J. H. Filbert, Inc. (Maryland corporation)
3701 Southwestern Blvd.
Baltimore, Md. 21229

For: VEGETABLE OIL SPREAD, in CLASS 29 (U.S. Cl. 46).
First use Jul. 9, 1980; in commerce Jul. 9, 1980.
No claim is made to the exclusive right to use the word "Butter", apart from the mark as shown.

Ser. No. 340,075, filed Dec. 4, 1981.

JAMES F. BROWNE, Examining Attorney