# EXHIBIT 4







*I Can't Believe It's Not* **Butter!**

*Original*

*Squeezable*

*Shake Well*

| Nutrition Facts | Amount/serving | %DV* | Amount/serving | %DV* |
|---|---|---|---|---|
| Serv. Size 1 Tbsp (12g) | **Total Fat** 7g | 11% | **Cholest.** 0mg | 0% |
| Servings 24 | **Sat. Fat** 1g | 5% | **Sodium** 80mg | 3% |
| **Calories** 60 | Trans. Fat 0g | | **Total Carb.** 0g | 0% |
| Fat Cal. 60 | Polyunsat. Fat 4g | | **Protein** 0g | |
| *Percent Daily Values (DV) are based on a 2,000 calorie diet. | Monounsat. Fat 1.5g | | | |
| | Vitamin A 10% Not a significant source of dietary fiber, sugars, vitamin C, calcium and iron. | | | |

INGREDIENTS: LIQUID SOYBEAN OIL, WATER, SWEET CREAM BUTTERMILK*, SALT, PARTIALLY HYDROGENATED COTTONSEED OIL, VEGETABLE MONO AND DIGLYCER-IDES, SOY LECITHIN, (POTASSIUM SORBATE, CALCIUM DISODIUM EDTA) USED TO PROTECT QUALITY, CITRIC ACID, NATURAL AND ARTIFICIAL FLAVORS, VITAMIN A (PAL-MITATE), BETA CAROTENE (FOR COLOR). *Adds a dietarily insignificant amount of cholesterol.

83023585

*Naturally Cholesterol Free*
*55% Vegetable Oil Spread*

| Per Serving | Fat | Cal. | Chol. |
|---|---|---|---|
| ICBINB! Squeeze | 7g | 60 | 0mg |
| Butter | 11g | 100 | 30mg |

BEST WHEN USED BY DATE PRINTED ON CONTAINER

QUESTIONS OR COMMENTS? CALL 1-800-634-0302.

Visit us at: www.tasteyoulove.com



MANUFACTURED & UNCONDITIONALLY GUARANTEED BY © UNILEVER ENGLEWOOD CLIFFS NEW JERSEY 07632

*Unilever*



0   40600 34600   0