# EXHIBIT 5

Country Crock



NEW SITE!

COUNTRY CROCK

- HOMEPAGE
- SPREADS
- SIDE DISHES
- RECIPES
- SPREAD THE SHARING





WHERE TO BUY | FAQ'S | CONTACT US

### Shedd's Spread Country Crock Churn Style (Soft)

Rich, creamy, sweet, fresh-from-the-farm butter taste, but with less fat and calories than butter and no cholesterol. Great for adding buttery flavor to your favorite homemade muffins!



**Nutrition Facts**
Serving Size 1 Tbsp (14g)
Servings Per Container 32

Calories 80
Fat Calories 80

| Amount Per Serving | % Daily Value* | Amount Per Serving | % Daily Value* |
|---|---|---|---|
| Total Fat 8g | 13% | Cholesterol 0mg | 0% |
| Saturated Fat 1.5g | 8% | Sodium 95mg | 4% |
| Polyunsaturated Fat 2.5g | | Total Carbohydrate 0g | 0% |
| Monounsaturated Fat 2.5g | | Protein 0g | |

Vitamin A 10% (20% as beta carotene)

*Percent Daily Values are based on a 2,000 calorie diet.

Not a significant source of dietary fiber, sugars, Vitamin C, calcium and iron.



© 2007 Unilever

Terms of Use | Privacy Policy

