# EXHIBIT 6

ICBINB



Home    Products    Recipes    Kitchen of Love

Mediterranean Blend    Mediterranean Light    Original    Light    Calcium    Fat Free    Spray    Squeeze

## Original

### I Can't Believe It's Not Butter!® Original

The rich, creamy taste you love is great for baking, cooking or for spreading on your favorite foods. Try the tub for a spread with no trans fat per serving(contains 8g fat, 2g saturated fat per serving).



Learn More





### Nutrition Facts for Original (soft)

| | |
|---|---|
| Serving Size: | 1 tbsp (14g) |
| Calories: | 80 |
| Servings Per Container: | 30 (15oz) 96 (3 lb) |
| Calories From Fat: | 80 |

