# EXHIBIT 8







HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

## About Us

The idea for Boy Butter Lubes was conceived by Eyal Feldman at the age of 24 while studying Spanish and playing water polo in Barcelona in 2002. With a true entrepreneurial spirit, Eyal decided to make his vision of Boy Butter a reality. Packed his bags and headed back to the states to get to work. Nine months later, Boy Butter was born and it hit the shelves in the cute 16 ounce Butter Tub packaging, "Boy Butter" owes much of it's rise to the energy of New York City, the original headquarters of the Boy Butter Lubricants. The company grew steadily and In 2004, Eyal Feldman moved the company to Los Angeles, his home town, to become a full fledged manufacturer and started churning out more products.

History was made in December of 2005 when Boy Butter's chemists created an industry first, the first stable water based cream form personal lubricant ever. Traditionally cream lubricants are oil based and therefore not conducive to safe sex. By the Summer of 2006 a successful spin off, *You Won't Believe It's Not Boy Butter*, the first cream lubricant to be water based and condom safe and as full of  kitsch as the



The Butter Boy
Eyal Feldman,
Founder, Boy Butter Lubes
www.boybutter.com
Photography: www.kayanee.com

