Boy Butter Lubricants LLC

original *Boy Butter*." The tub versions remained popular but our new squeeze bottles quickly shot up to become our bestsellers.

*Boy Butter and You Won't Believe It's Not Boy Butter* has been mentioned or seen on popular TV shows such as Mad T.V., The Daily Show, Logo's Noah's Arc, Saturday Night Live, E's Talk Soup, Talking Sex with Sue Johansen, and Showtime's the L Word. The product maybe be fun and kitschy but the lubricants are amazing, the epitome of creativity and utility.

© 2007 Boy Butter LLC



# Product Info

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

## How are Boy Butter and You Won't Believe It's Not Boy Butter better?

All Products come in various sizes, from 4 oz., 8 oz., and 16 oz tubs, and in 9 oz. squeeze bottles.

All of our products clean up with water alone, with no more mess or stains that occur with other lubricants. We have the most unique approach to cream personal lubricants in the market today.

Original *Boy Butter Churn Style* made it's mark due to the quality of the product and it's distinctive packaging, which mimics a butter tub and squeeze bottle. *Boy Butter* is an organic coconut oil based lubricant mixed with a an organic silicone, commonly used in hair conditioners. It is then blended into a creamy rich and totally washable cream lubricant. This formula is totally water soluble, stain-free, it is equally as gentle on the skin, edible and fragrance free. *Boy Butter* is so versatile it is often used by many professional massage therapists often because of the high grade coconut oil and that it is the easiest clean up ever. ( *Boy Butter Churn Style* is oil-based and



"I am not only the president, I am also head of the research department."- Eyal Feldman

therefore should not be used with latex condoms)

*You Won't Believe It's Not Boy Butter*, is the best selling spin-off of *Boy Butter*. It is the first formulated cream lubricant to be both latex safe and uniquely vaginal safe as well. The product includes Vitamin E, Aloe Vera and Shea Butter, which mimic the slickness of oils without degrading latex or any form of irritation, eliminating stickiness altogether that usually associated with water based lubricants. This product actually increases the pleasure of safe sex by its creamy nature which increases the sensitivity of temperature and touch more efficiently.

**All H20 based latex clinical testing for latex safety and stability took place at Creations Garden, Lab and Research Facility, Valencia California 12/05 - 01/06.**

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC

