# EXHIBIT 9

# 54 Use it  Boy Butter Lubricant



If you haven't seen, heard or used it already, then brace yourself. Because Boy Butter Personal Lubricant is so spreading fast (pun intended). It debuted during Memorial Day Weekend 2003 at the IML convention in Chicago and was very well received. Boy Butter Personal Lubricant, was whipped up by New York's own Eyal Feldman - Young, tall, good-looking expert on all things man related who saw a hole in the love grease market and decided to fill it. "It's not that I didn't like other lubricants but I found that they either become sticky and you have to keep reapplying them repeatedly", says Feldman. "Or you apply them once and they linger on your parts a good few days after application. What was missing was a good long-lasting lube that was a cinch to clean off." After countless hours of excruciatingly fun research and testing ("the secret to making good lube is tons and tons of patience, testing and a steady supply of, ahem, research assistants," admits Feldman) the perfect formula was discovered-which is an all-vegetable oil based product he could not be more proud of.

The next step was the packaging, which if your not paying attention you might just confuse with you mother's margarine. "The packaging was created because I found it to be unique amidst an array of phallic-looking lube packages out there," laughs Feldman. "The marketing of my product is rampant with innuendos which merely suggest sex instead of throwing it into your face. I do believe people are sophisticated enough these days to realize what lube is for, so why not lighten it up." Even Feldman's own mother who is a big fan was handing out samples and waxing poetic on the virtues of Boy Butter to a host of slightly shocked gay men during a recent visit to NY.

Some important details: Boy Butter cannot be used with latex condoms, but Feldman quickly reminds everyone that "non latex condoms like plastic or polyurethane condoms are best, like Avanti by Durex or Supra by Shiek, so don't worry because this lube is totally conducive to safe sex." Boy Butter is such a multi-purpose miracle product it has other uses too. "It's a great after-shower moisturizer, a pomade, tanning accelerator, a leather treatment. It also has a slight sweet taste to it, explains Feldman. And as far as trying it on toast, "I assure you its best on some warm buns." Don't be too busy this weekend you won't visit Mr. Feldman around the Mr. S store and try to squeeze some Boy Butter into your tight agenda.

SAN FRANCISCO AND OTHER BAY AREA LOCATIONS
Mr. S Leather Co. and Fetters
Phantom
Rock Hard
Smoke Plus
Good Vibrations
Toys in Babeland

FOR MORE NATIONAL RETAIL LOCATIONS AND INFO VISIT WWW.BOYBUTTERLUBES.COM

# butter it

## BOY BUTTER ANNIVERSARY
*By Steve Anderson*



After a great time in New York City, Boy Butter has decided to Go West to San Francisco where Boy Butter Lubricant is produced and takes things to the next level. "It's grown so fast, at times its almost dizzying." says Eyal Feldman the 26 year old CEO of Boy Butter Lubes, Inc. "I learned a lot about business while managing Nasty Pig Inc. (a popular men's rubber fetish line in NYC) which really let me get a feel for this type of market. I launched Boy Butter within the Leather Community first, because that was the community I grew to love and felt akin to. We were so well received."

Not only was it a hit among the Leather Boys but everybody else loved it too. In it's first year in business Boy Butter Spread to 3 Continents and was awarded "Hottest Lube of the Year 2004" by OUT Magazine.

The success is not only is the lubricant itself which is out of this world, but the smart and suggestive marketing of the product which ever mentions sex or anything dirty but plays purely on innuendo and a sense of humor. "Listen I tell everybody that my marketing is like directions on a shampoo bottle, you just don't need them anymore, so just be smart and have fun with it especially with a product named Boy Butter." Boy Butter is going to be gearing up with marketing and promotions like a year long ad in the Leather Journal, an ad in the next issue of Instigator Magazine, HEEB Magazine is doing an article in their next issue covering Gay Jewish Products like "Boy Butter Lube- A Kosher Spread?"

Look out Franciscans because BBL will be sponsoring such events as the Magnitude Party at the Folsom Street Fair, and the Cutest of the Castro during the Castro Street Fair. But the biggest news is that this month saw the launching of Boy Butter Personal Lubricant on Amazon.com a veritable bastion of the mainstream. "I didn't even know they sold lube on Amazon until they called me up. But I wasn't about to start doubting it." When asked what this young entrepreneur has planned for his off time "I'm just happy to be back in California where I grew up and get back in the pool with the SF Tsunami Water polo team and kick some ass."

To find Boy Butter Lubricant in a store near you, check out global locations at www.boybutterlubes.com.

wire feature | BOY BUTTER



# BOY BUTTER
## Crisco Slide Over – There's a New Kid on the Block!

Let's talk about lubes! Yeah, that sometimes kind of embarrassing topic: whether you use them or don't, and, if you do, what kind do you prefer? Because, first of all, being the neat-freaks gays are, you don't want lube to stain your sheets or remain "there" forever after a sexual experience! It needs to be gotten rid of quickly! BY CARL ZABLOTNY / PHOTOS COURTESY OF PROJECT PUBLICITY

Enter Boy Butter – that's a new name for a relatively new lubrication product that has a variety of uses, maybe even on toast! Read more later.

Boy Butter is the brainchild of Eyal Feldman, a young entrepreneur who at 24 years of age, set out to create a lubricant that would be as slick and long-lasting as silicone-based lubricants and clean up as easily as water-based.

He found his answer in a vegetable oil and silicone fusion-based product that he dubbed Boy Butter. It was an instant favorite in the fetish community. Since then, it has steadily widened in popularity and is now prepared to take the mainstream world by storm. It has also be used as a body moisturizer, tanning accelerator, pomade, lip balm, a leather treatment...anything that could benefit from sealing in moisture.

Face it, even ancient history tells us that butter has had many, many uses! They used it for cooking, grooming, skin care, and even as personal lubrication. Two thousand years later, butter has remained a staple in modern households. It can be found in kitchen refrigerators worldwide. It might appear unusual, however, to find butter anywhere else in the home – say, in the bathroom or bedroom. But all that is about to change.

"My primary goal in creating Boy Butter was to enhance sexual pleasure," said Eyal Feldman, president of Boy Butter, Inc. "But I love that the product is multifunctional. And it's also important to note that Boy Butter is used and loved by women as well."

Side note: Don't use Boy Butter with latex condoms. Non-latex condoms like plastic or polyurethane condoms are best. They are stronger and allow for more sensitivity than latex. Popular brands of polyurethane condoms include Avanti by Durex and Supra by Shiek, available in most everywhere that condoms are sold.

Here's the story behind a new, waiting-to-be-tried sexual lubricant that might add that extra pleasure you've been waiting for – with others or alone! Wire recently interviewed the Boy Behind the Butter, Eyal Feldman.

### How did you come up with the concept for Boy Butter?

I was 22 and working for a clothing company in New York City that specialized in gay fetish wear, like chaps, vests, and pants made from a type of synthetic rubber. It was gay owned and operated so we would often talk about lots of things in the sexual industry. We were in the back working when I mentioned how wonderful it would be if someone invented a lube and called it Boy Butter. During the next couple years we did many a trade show, which were Gay Leather conventions, where the staff and the public were barely half-naked most of the time. I thrived at those shows, mainly because I am a ham and loved the attention we were getting being shirtless. I came to the conclusion that if I launched my own product at a show like this I would easily sell out. After the trauma of Sept. 11 in New York, I left for a year to live in Barcelona, vowing not to return until I was fluent in Spanish. After about eight months of intense study and practice I was happy with my new language and felt bold enough to revisit the idea of Boy