# EXHIBIT 10







Eyal Feldman is the CEO and spokesperson for Boy Butter, which has quickly become the most highly-touted personal lubricant on the market. For more information on the product as well as a list of vendors where you can purchase it, visit www.boybutter.com.

### So how did Boy Butter come to be? Were the other lubricants just not good enough for you?

I was never in love with any lube that was out there. Now most lubes in the gay world at that point were kind of limited in terms of being water-based, which is actually designed for women and their natural process of self-lubrication. The other ones were either oil-based, which are usually used in the fisting community and the leather community, or were silicon-based lubricants, which have become increasingly popular but are incredibly messy. They don't come off easily and stain things. What I did is stumble upon a lubricant that has been around forever -- a coconut oil-based lubricant. I took it out of the underground dungeon scene and mainstreamed it.

### How did you test market Boy Butter?

I have five milliliter samples and I would sit for hours filling these lip balm containers with a spoon. I put stickers on them and went to Fire Island. I put on a pair of Speedos and sneakers and handed them out during a high tea to gay men. I used my image and the fact that I was known in the gay community and the leather community. I very much consider myself a leather man. I would go to trade shows like

wire feature | BOY BUTTER



# BOY BUTTER
### Crisco Slide Over – There's a New Kid on the Block!

Let's talk about lubes! Yeah, that sometimes kind of embarrassing topic: whether you use them or don't, and, if you do, what kind do you prefer? Because, first of all, being the neat-freaks gays are, you don't want lube to stain your sheets or remain "there" forever after a sexual experience! It needs to be gotten rid of quickly! BY CARL ZABLOTNY / PHOTOS COURTESY OF PROJECT PUBLICITY

Enter Boy Butter – that's a new name for a relatively new lubrication product that has a variety of uses, maybe even on toast! Read more later.

Boy Butter is the brainchild of Eyal Feldman, a young entrepreneur who at 24 years of age, set out to create a lubricant that would be as slick and long-lasting as silicone-based lubricants and clean up as easily as water-based.

He found his answer in a vegetable oil and silicone fusion-based product that he dubbed Boy Butter. It was an instant favorite in the fetish community. Since then, it has steadily widened in popularity and is now prepared to take the mainstream world by storm. It has also be used as a body moisturizer, tanning accelerator, pomade, lip balm, a leather treatment...anything that could benefit from sealing in moisture.

Face it, even ancient history tells us that butter has had many, many uses! They used it for cooking, grooming, skin care, and even as personal lubrication. Two thousand years later, butter has remained a staple in modern households. It can be found in kitchen refrigerators worldwide. It might appear unusual, however, to find butter anywhere else in the home – say, in the bathroom or bedroom. But all that is about to change.

"My primary goal in creating Boy Butter was to enhance sexual pleasure," said Eyal Feldman, president of Boy Butter, Inc. "But I love that the product is multifunctional. And it's also important to note that Boy Butter is used and loved by women as well."

Side note: Don't use Boy Butter with latex condoms. Non-latex condoms like plastic or polyurethane condoms are best. They are stronger and allow for more sensitivity than latex. Popular brands of polyurethane condoms include Avanti by Durex and Supra by Shiek, available in most everywhere that condoms are sold.

Here's the story behind a new, waiting-to-be-tried sexual lubricant that might add that extra pleasure you've been waiting for – with others or alone! Wire recently interviewed the Boy Behind the Butter, Eyal Feldman.

### How did you come up with the concept for Boy Butter?

I was 22 and working for a clothing company in New York City that specialized in gay fetish wear, like chaps, vests, and pants made from a type of synthetic rubber. It was gay owned and operated so we would often talk about lots of things in the sexual industry. We were in the back working when I mentioned how wonderful it would be if someone invented a lube and called it Boy Butter. During the next couple years we did many a trade show, which were Gay Leather conventions, where the staff and the public were barely half-naked most of the time. I thrived at those shows, mainly because I am a ham and loved the attention we were getting being shirtless. I came to the conclusion that if I launched my own product at a show like this I would easily sell out. After the trauma of Sept. 11 in New York, I left for a year to live in Barcelona, vowing not to return until I was fluent in Spanish. After about eight months of intense study and practice I was happy with my new language and felt bold enough to revisit the idea of Boy