wire feature | BOY BUTTER



Butter and actually bring it about myself.

### How is Boy Butter different from other lubes?

Besides the amazing packaging, Boy Butter is different from all other lubes in a very unique way. Boy Butter is a combination of coconut oils mostly used as a massage oil and an organic silicone commonly used in hair products. The formula then undergoes a process of homogenization, like many dairy products, which gives Boy Butter its unique whipped, silky cream feel and promise to be totally water soluble.

### Does it really clean up that easily?

Boy Butter Lubricant will last as long as any silicone based lubricants while washing off with just water. Boy Butter is the perfect synergy between creativity and utility. No tips for usage are necessary, just do what comes natural and add a little Boy Butter to the experience. It will not stain any fabric, so no more messy bed sheets! It is also hypo-allergenic and naturally absorbs into the skin like any typical moisturizer.

### How did you come up with the recipe?

Actually, the recipe was originally created back in the mid-1980s as a Crisco substitute and was marketed to the hardcore S&M Dungeon community. It was a small little niche, and the container looked like one of those containers you would find in your father's tool box filled with nails. I stumbled across this lube and fell in love with it. It matched the look I was going for with butter so I used that as a basis when I went to manufacture it myself where we improved upon it and marketed it to the mainstream community.

### Did you do actual product testing with random people to see how your product performed? Who designed the neat packaging?

The product testing was extensive. All the results were positive and wonderful. The testing shall remain confidential to protect the not so innocent, including myself. I came up with the idea to merge two very popular logos like Shedd Spread and Baking Soda to create a new instantly comfortable logo that you know as Boy Butter.

> "Boy Butter is perfect. The way to make Boy Butter better is for my message to reach the ears of those who would benefit from its quality. I oftentimes think that when Thomas Edison invented the light bulb, he had to install it for free in an office building before anyone would look at it. Just because you have a great and wonderful thing doesn't mean you don't have to spend huge amounts of time and energy trying to get others to see it that way as well."

### Miami is known for its beaches and pools. Is Boy Butter water resistant?

Boy Butter is not water resistant, but it will totally come off with water. No more stains at all. This is one of the biggest selling points with people is the incredible feel and easy clean up. So thank the Lord that it does come off with water. And, very important to note, Boy Butter will last as long as any synthetic lubricant. It will last longer than most, yet come off easier than water based lubes.

### What if you ingest it?

Boy Butter tastes slightly sweet and it is totally edible. All lubes are edible. They are going in you one way or another, you know.

### What's the craziest story you've heard involving Boy Butter?

The story of a guy who was out of town and left his Boy Butter out on the coffee table in his living room. His parents stayed in his place over the weekend while he was away. Upon his return, he found the Boy Butter in the fridge with toast scrapings in it and no complaints from the parents.

### How did you get mainstream gay guys to start using it?

I basically mainstreamed it by making the packaging so cute and kitschy that it would be irresistible and once they started using the lube it became much more than a novelty.

### Is it true that straight guys are using it now, too?

Straight people are 30 percent of my clientele. Boy Butter is popular on Amazon.com, Drugstore.com, and in all those adult private party companies all over the country that are like Tupperware parties with adult products instead of Tupperware. So much so that there are straight women using this lube, and straight men are following in their lead using it happily. I get a lot of e-mails from very happy husbands and wives.

### How do you plan to expand the Boy Butter brand?

Boy Butter will expand into squeezable bottles and a water-based formula, which is latex compatible called "You Won't Believe it's Not Boy Butter."

### Is there anything you can do to make Boy Butter even better?

Boy Butter is perfect. The way to make Boy Butter better is for my message to reach the ears of those who would benefit from its quality. I oftentimes think that when Thomas Edison invented the light bulb, he had to install it for free in an office building before anyone would look at it. Just because you have a great and wonderful thing doesn't mean you don't have to spend huge amounts of time and energy trying to get others to see it that way as well.

### Where can we find Boy Butter in South Florida?

Boy Butter can be found at some South Florida locations like Adult Video Warehouse, The Pride Factory, and Something Sexy for Him and Her in Fort Lauderdale. And, of course, it's always available on my website, so you might want to visit www.boybutter.com.



# 54 Use it Boy Butter Lubricant



If you haven't seen, heard or used it already, then brace yourself. Because Boy Butter Personal Lubricant is so spreading fast (pun intended). It debuted during Memorial Day Weekend 2003 at the IML convention in Chicago and was very well received. Boy Butter Personal Lubricant, was whipped up by New York's own Eyal Feldman - Young, tall, good-looking expert on all things man related who saw a hole in the love grease market and decided to fill it. "It's not that I didn't like other lubricants but I found that they either become sticky and you have to keep reapplying them repeatedly", says Feldman. "Or you apply them once and they linger on your parts a good few days after application. What was missing was a good long-lasting lube that was a cinch to clean off." After countless hours of excruciatingly fun research and testing ("the secret to making good lube is tons and tons of patience, testing and a steady supply of, ahem, research assistants," admits Feldman) the perfect formula was discovered-which is an all-vegetable oil based product he could not be more proud of.

The next step was the packaging, which if your not paying attention you might just confuse with you mother's margarine. "The packaging was created because I found it to be unique amidst an array of phallic-looking lube packages out there," laughs Feldman. "The marketing of my product is rampant with innuendos which merely suggest sex instead of throwing it into your face. I do believe people are sophisticated enough these days to realize what lube is for, so why not lighten it up." Even Feldman's own mother who is a big fan was handing out samples and waxing poetic on the virtues of Boy Butter to a host of slightly shocked gay men during a recent visit to NY.

Some important details: Boy Butter cannot be used with latex condoms, but Feldman quickly reminds everyone that "non latex condoms like plastic or polyurethane condoms are best, like Avanti by Durex or Supra by Shiek, so don't worry because this lube is totally conducive to safe sex." Boy Butter is such a multi-purpose miracle product it has other uses too. "It's a great after-shower moisturizer, a pomade, tanning accelerator, a leather treatment. It also has a slight sweet taste to it, explains Feldman. And as far as trying it on toast, "I assure you its best on some warm buns." Don't be too busy this weekend you won't visit Mr. Feldman around the Mr. S store and try to squeeze some Boy Butter into your tight agenda.

SAN FRANCISCO AND OTHER BAY AREA LOCATIONS
Mr. S Leather Co. and Fetters
Phantom
Rock Hard
Smoke Plus
Good Vibrations
Toys in Babeland

FOR MORE NATIONAL RETAIL LOCATIONS AND INFO VISIT WWW.BOYBUTTERLUBES.COM



## I CAN'T BELIEVE IT'S BOY BUTTER!

*A rich and creamy new lube lets you get cooking—with none of the calories of real butter. Mmmmm....*

You love butter on your pancakes. On your corn on the cob. On your blueberry muffins. What about on your boyfriend's ass? If he'd raised your attention now?) Well, a new lube out on the market surely got our Boy Butter Personal Lubricant! "I'm not sure where this one came from, but it's pretty good looking," commentary of all things man-related, who saw a need for another flavor of love grease out there. "It's not that I didn't like other lubricants, but I found that they were becoming sticky and you have to keep reapplying them over and over," says Feldman. "Or you apply them once and they linger on your pores for a good few days afterward. What was missing was a good long-lasting lube that was a cinch to clean off." So he much research and testing ("The secret to making good lube is tons and tons of patience, testing and plenty of other, research was admits Feldman.) He came up with the perfect formula—which is also an all-vegetable based product that he was proud of.

Then came the packaging. If you're not looking closely, you might mistake Boy Butter for your mom's Country Crock. But this is not your mother's margarine. "The packaging was crucial because I found it to be the unique combo of plastic-looking like packages out there," laughs Feldman. The marketing of my product is ripe with innuendo which suggests you spread it on and inject a little levity. A fan directly in the face on my mother's own mother. My mother is awesome," he says. "She's promoted my lube to every gay man who came in contact. She visited me last week and urged me to hand out samples to a host of slightly shocked guys."

And a few more details: Boy Butter can't be used with latex condoms, but Feldman is quick to remind all of that "non-latex condoms like plastic or polyurethane condoms like Avanti by Durex or Supra by Trojan are everywhere, so one need not worry about my product not being conducive to safer sex. And even further, girls, it can be used as a shower moisturizer, a pomade, a tanning accelerator, a leather treatment, exponents of Feldman's other hard-working multi-use product—but other than that, it's a great other shower must-have to it, and of course it has to be edible since it's meant to go inside the body, one way or another. And it's a great or on some warm buns, I assure you. "I has never so slightly sweet taste to it," admits Feldman. "But it is a great on toast," admits Feldman.

For more information and to find locations where you can buy Boy Butter in NYC (at stores like Rainbows and Triangles in Chelsea, The Leatherman on Christopher Street or Ricky's Citywide) visit www.boybutter.com. Also, next Thursday, August 26th, Storm at BarStation (209 Smith St. at Baltic) in Carroll Gardens, Brooklyn helps to celebrate the launch of Boy Butter with greased up towel boys and more. The fun begins at 10pm.

—John Polly