**54 Use it** Boy Butter Lubricant



If you haven't seen, heard or used it already, then brace yourself. Because Boy Butter Personal Lubricant is so spreading fast (pun intended). It debuted during Memorial Day Weekend 2003 at the IML convention in Chicago and was very well received. Boy Butter Personal Lubricant, was whipped up by New York's own Eyal Feldman - Young, tall, good-looking expert on all things man related who saw a hole in the love grease market and decided to fill it. "It's not that I didn't like other lubricants but I found that they either become sticky and you have to keep reapplying them repeatedly", says Feldman. "Or you apply them once and they linger on your parts a good few days after application. What was missing was a good long-lasting lube that was a cinch to clean off." After countless hours of excruciatingly fun research and testing ("the secret to making good lube is tons and tons of patience, testing and a steady supply of, ahem, research assistants," admits Feldman) the perfect formula was discovered-which is an all-vegetable oil based product he could not be more proud of.

The next step was the packaging, which if your not paying attention you might just confuse with you mother's margarine. "The packaging was created because I found it to be unique amidst an array of phallic-looking lube packages out there," laughs Feldman. "The marketing of my product is rampant with innuendos which merely suggest sex instead of throwing it into your face. I do believe people are sophisticated enough these days to realize what lube is for, so why not lighten it up." Even Feldman's own mother who is a big fan was handing out samples and waxing poetic on the virtues of Boy Butter to a host of slightly shocked gay men during a recent visit to NY.

Some important details: Boy Butter cannot be used with latex condoms, but Feldman quickly reminds everyone that "non latex condoms like plastic or polyurethane condoms are best, like Avanti by Durex or Supra by Shiek, so don't worry because this lube is totally conducive to safe sex." Boy Butter is such a multi-purpose miracle product it has other uses too. "It's a great after-shower moisturizer, a pomade, tanning accelerator, a leather treatment. It also has a slight sweet taste to it, explains Feldman. And as far as trying it on toast, "I assure you its best on some warm buns." Don't be too busy this weekend you won't visit Mr. Feldman around the Mr. S store and try to squeeze some Boy Butter into your tight agenda.

SAN FRANCISCO AND OTHER BAY AREA LOCATIONS
Mr. S Leather Co. and Fetters
Phantom
Rock Hard
Smoke Plus
Good Vibrations
Toys in Babeland

FOR MORE NATIONAL RETAIL LOCATIONS AND INFO VISIT WWW.BOYBUTTERLUBES.COM

# Ultramundane.com -- Too Much Information About Slippery Topics.

# U L T R A M U N D A N E

[Previous: "A Plastic Hug That Just Keeps Going Around."] [Main Index] [Next: "I Can Get Peevish In The Morning."]

### 08/26/2003 Entry: "Too Much Information About Slippery Topics."

One of the raffle prizes at the fundraiser I went to last week—the prize that I won—was a 16 ounce jar of Boy Butter Lube. I'm not really much for lube for most um, purposes. In fact I'm usually in BJ's ideological camp about the matter. But there are some times when it's necessary to suppliment what happens naturally. And even in one's most personal moments, the novelty of a different sensation is at least, well, novel.



Truth be told, I had the option to take some fuzzy handcuffs instead, but between my dislike of bondage and the cute name, there was really no contest. Besides, can you blame me for wanting lube made by this man?

Regardless, I was confronted in the bar with my margarine tub of lube, which I dutifully carried with me the rest of the evening. We stopped for food afterwards and discussed applying the stuff to an order of waffles, but alas, I had left it in Rox's car. She did not allow me to "accidentally" forget it was there, unfortunately. "It's Crisco," she said, looking at the ingredients. No, surely it's more than that. Isn't it?

Anyway, I finally got the courage to open and try the stuff. It's slick, it does the job, it cleans up easily, and it wasn't salted like margarine—so no, probably not very good on toast, but not as harsh on mucus membranes, either. They claim it's odorless, which I suppose is true when you first open the tub. But after everything was finished and warmed up, there was a distinct smell that brought me immediately back to Junior High School home economics class. It smelled like I had just made biscuits on my torso. It smelled, I suspect, like sex with Florence Henderson.

If I elect not to use the rest, do you think I could use it to make chicken?

**Replies: 8 comments**

Remind me not to eat any chicken that you cook... I've already got more than my fair share of chicken anyway.

Posted by David @ 08/26/2003 06:30 PM PST

Note to self.. Stay away from anything Casey cooks for the next month or so.

Posted by sillynun @ 08/26/2003 08:01 PM PST



http://www.ultramundane.com/archives/00000693.html

Sex w/Florence...or Alice the Maid? Either way, not my favorite image on a Wednesday morning.

Posted by Huntington @ 08/27/2003 09:03 AM PST

oh great. sex with florence henderson - now i'll never learn to like lube!

Posted by bj @ 08/27/2003 11:48 AM PST

Your lube sounds tasty but it is full of trans fats. Florence Henderson's Wesson Oil would probably be better.

Posted by biologic show @ 08/27/2003 01:22 PM PST

Huntington - Alice the Maid? Actually, I think she'd be more interested in using that lube with Flo.

Posted by Lee @ 08/28/2003 01:29 AM PST

Well if the lube business ever goes dry, Eyal can always get work on an Amish farm.

Posted by -J. @ 08/28/2003 09:05 PM PST

Thanks, Lee, that wraps the image up nicely. Sam the Butcher would definitely agree....

Posted by Huntington @ 08/29/2003 09:46 AM PST

[Main Index]



Copyright © 2001-2 Ultramundane.com. All rights reserved. No, really.



Give it up for the Entity that is

Kevin Aviance

TRASHY & TRUE BLACKOUT STORIES
DJ ABEL — THAT'S KENTERIA!

## I CAN'T BELIEVE IT'S BOY BUTTER!

*A rich and creamy new lube let's you get cooking—with none of the calories of real butter. Mmmmm…*

You love butter on your pancakes. On your corn on the cob. On your blueberry muffins. What about on your boyfriend's ass? (Have we got your attention now?) Well a new lube out on the market surely got ours. **Boy Butter Personal Lubricant**, just hitting the shelves of smart and sexy stores near you, has been whipped up by New York's own **Eyal Feldman**—a tall, young, good looking connoisseur of all things man related who saw a need for another flavor of love grease out there. "It's not that I didn't like other lubricants but I found that they either become sticky and you have to keep reapplying them over and over," says Feldman. "Or you apply them once and they linger on your parts for a good few days afterward. What was missing was a good long-lasting lube that was a cinch to clean off. So after much research and testing ( The secret to making good lube is tons and tons of patience, testing and plenty of, ahem, research assistants," admits Feldman.) he came up with the perfect formula—which is also an all vegetable based product that he was proud of.

Then come the packaging. "If you're not looking closely you might mistake Boy Butter for your mom's Country Crock. But this is not your mother's margarine. "The packaging was created because I found it to be unique amidst a host of phallic looking lube packages out there," laughs Feldman. The marketing of my product is rife with innuendo which suggests sex instead of blatantly putting it out there. I believe that people are smart enough to figure out what lubricant is for so why not play on it and inject a little levity. A fan already is Feldman's own mother. "My mother is awesome," he says. "She's promoted my lube to every gay man within earshot. She visited me last month and urged me to hand our samples to a host of slightly shocked guys."

And a few more details: Boy Butter can't be used with latex condoms, but Feldman is quick to remind all that "non-latex condoms like plastic or polyurethane condoms like Avanti by Durex or Supra's by Trojan are everywhere so one need not worry about my product not being conducive to safe sex." And even further, aside from facilitating your carnal whims, Boy Butter—such a miracle product—has other uses too. "It is a great after shower moisturizer, a pomade, a tanning accelerator, a leather treatment expounds Feldman. "And it even tastes okay too." And of course it has to be edible since it is meant to go inside the body one way or another." And as far as its use as a breakfast condiment… "[*It has an ever so slightly sweet taste to it*]" admits Feldman. "But it is great on some warm buns I assure you."

For more information and to find locations where you can buy Boy Butter in NYC (at stores like Rainbows and Triangles in Chelsea, The Leatherman on Christopher Street or Ricky's citywide) visit www.boybutterlubes.com. Also, next Thursday August 28th, Steam at Barbelow (209 Smith St. at Baltic) in Carroll Gardens, Brooklyn helps to celebrate the launch of Boy Butter with greased up towel boys and more. The fun begins at 10pm.

—John Polly

