# EXHIBIT 12









