# EXHIBIT 13

wire feature | BOY BUTTER



Butter and actually bring it about myself.

### How is Boy Butter different from other lubes?

Besides the amazing packaging, Boy Butter is different from all other lubes in a very unique way. Boy Butter is a combination of coconut oils mostly used as a massage oil and an organic silicone commonly used in hair products. The formula then undergoes a process of homogenization, like many dairy products, which gives Boy Butter its unique whipped, silky cream feel and promise to be totally water soluble.

### Does it really clean up that easily?

Boy Butter Lubricant will last as long as any silicone based lubricants while washing off with just water. Boy Butter is the perfect synergy between creativity and utility. No tips for usage are necessary, just do what comes natural and add a little Boy Butter to the experience. It will not stain any fabric, so no no more messy bed sheets! It is also hypo-allergenic and naturally absorbs into the skin like any typical moisturizer.

### How did you come up with the recipe?

Actually, the recipe was originally created back in the mid-1980s as a Crisco substitute and was marketed to the hardcore S&M Dungeon community. It was a small little niche, and the container looked like one of those containers you would find in your father's tool box filled with nails. I stumbled across this lube and fell in love with it. It matched the look I was going for with butter so I used that as a basis when I went to manufacture it myself where I improved upon it and marketed it to the mainstream community.

### Did you do actual product testing with random people to see how your product performed? Who designed the neat packaging?

The product testing was extensive. All the results were positive and wonderful. The testing shall remain confidential to protect the not so innocent, including myself. I came up with the idea to merge two very popular logos like Shedd Spread and Baking Soda to create a new instantly comfortable logo that you know as Boy Butter.

*"Boy Butter is perfect. The way to make Boy Butter better is for my message to reach the ears of those who would benefit from its quality. I oftentimes think that when Thomas Edison invented the light bulb, he had to install it for free in an office building before anyone would look at it. Just because you have a great and wonderful thing doesn't mean you don't have to spend huge amounts of time and energy trying to get others to see it that way as well."*

### Miami is known for its beaches and pools. Is Boy Butter water resistant?

Boy Butter is not water resistant, but it will totally come off with water. No more stains at all. This is one of the biggest selling points with people is the incredible feel and easy clean up. So thank the Lord that it does come off with water. And, very important to note, Boy Butter will last as long as any synthetic lubricant. It will last longer than most, yet come off easier than water based lubes.

### What if you ingest it?

Boy Butter tastes slightly sweet and it is totally edible. All lubes are edible. They are going in you one way or another, you know.

### What's the craziest story you've heard involving Boy Butter?

The story of a guy who was out of town and left his Boy Butter out on the coffee table in his living room. His parents stayed in his place over the weekend while he was away. Upon his return, he found the Boy Butter in the fridge with toast scrapings in it and no complaints from the parents.

### How did you get mainstream gay guys to start using it?

I basically mainstreamed it by making the packaging so cute and kitschy that it would be irresistible and once they started using the lube it became much more than a novelty.

### Is it true that straight guys are using it now, too?

Straight people are 30 percent of my clientele. Boy Butter is popular on Amazon.com, Drugstore.com, and in all those adult private party companies all over the country that are like Tupperware parties with adult products instead of Tupperware. So much so that there are straight women using this lube, and straight men are following in their lead using it happily. I get a lot of e-mails from very happy husbands and wives.

### How do you plan to expand the Boy Butter brand?

Boy Butter will expand into squeezable bottles and a water-based formula, which is latex compatible called "You Won't Believe it's Not Boy Butter."

### Is there anything you can do to make Boy Butter even better?

Boy Butter is perfect. The way to make Boy Butter better is for my message to reach the ears of those who would benefit from its quality. I oftentimes think that when Thomas Edison invented the light bulb, he had to install it for free in an office building before anyone would look at it. Just because you have a great and wonderful thing doesn't mean you don't have to spend huge amounts of time and energy trying to get others to see it that way as well.

### Where can we find Boy Butter in South Florida?

Boy Butter can be found at some South Florida locations like Adult Video Warehouse, The Pride Factory, and Something Sexy for Him and Her in Fort Lauderdale. And, of course, it's always available on my website, so you might want to visit www.boybutter.com.







**Channels**
News
Entertainment
Biz/Finance
Style
  ▸Fashion
  ▸Grooming
  ▸Lifestyle
  ▸Homestyle
Health/Fitness
Sports
Travel
Weather

**Directory**
City Map
Nightlife
Real Estate
Shopping
Lodging
Food/Drink
Businesses

**Community**
Calendar
Daily Blog
Discussions
Resources
Pride 2007

**Fun**
Circuit Parties
Horoscopes
Giveaway Ctr
Wallpaper
Model Search

**Features**



▶▶ Lifestyle Features



Back to: Life » Style » Home

✉ Email    🖨 Print    📌 DIGG this    ⭐ Del.icio.us

### I can't believe it's Boy Butter!
by Rick Dunn
EDGE Community Editor
Friday Aug 26, 2005



With it's Country Crock-inspired packaging, it's hard to believe that kitschy-sex lubricant Boy Butter isn't the breakfast staple it mimics. "I wanted something wholesome looking for an unwholesome product," says Boy Butter CEO Eyal Feldman his product's fake-out packaging. Humor, he says, is part of the branding.

The California-based Feldman, 27, whipped up the idea of Boy Butter three years ago while studying abroad in Barcelona. He debuted the 16-ounce tubs of Boy Butter during the 2003 International Mr. Leather convention in Chicago where it was gobbled up by hungry bears and leather daddies.

Now, Feldman is watching his grease spread across the globe - it's even available on amazon.com.

Feldman checked in via phone to butter up EDGE.



### The Product
Where did you come up with the Boy Butter concept?

"When I graduated, I had a job with a fetish clothing company and we did a lot of trade shows. I grew very comfortable in that setting and many of the trade shows were sexual in nature. I did that for two years and then I moved to Spain.. One day, I was like "Eureka!" and the idea of Boy Butter became realistic to actually implement. I was comfortable that I could sell my own product with me behind it. I thought it would be fun."




Search:

### Advice
Ask the Therapist
Ask Angelo
Ask Felicia

### Columnists
Lady Bunny
Eileen Dover
Cam Lindquist
Mark Malish
Jack Mauro
Kilian Melloy
David Toussaint

### Classifieds
Browse
Add Yours

### About EDGE
About Us
Advertise
RSS Feeds
Press Room
Careers
Contact Us
Feedback
Terms of Use
Privacy

Who developed the formula?

"The formula was developed by a separate company, but it was too expensive to keep producing. I had to do it independently. I found a company and told them 'this is what I want and what I need' and they did that. It March 2005 it went into mass production."

The packaging is an obvious riff on Country Crock.

"I took an economics class in highschool. We had a lesson on American logos that have been around for so long that they are iconic and people are comfortable with them. I took two iconic logos -Arm & Hammer and Country Crock - and combined elements of both."



### The Creator of Boy Butter

In your marketing, you utilize a number of light-hearted innuendos. What's the worst butter based slogan you came up with?

"Try squeezing some into your tight agenda. It's on the packaging, but I never had the balls to put in an ad. I'm going ahead to do that. I am doing a window display in West Hollywood."

One of the funniest reviews I saw of Boy Butter was: "This is the new lube that everyone in the fisting community is raving about. Simply Fistacular!"

"I came up with Fistacular! Fisting is serious. How do you make it cute?"

Boy Butter can not be used with latex condoms, but can be used with polyurethane condoms.

"Yes, but I want people to understand this product is conducive to safe sex."

What other usages are there for Boy Butter?

"It could be used a lip balm. I could change the name and market it as that. It can be used as a pomade. Part of the formula is an organic silicone which is used hair products - it's a water soluble oil. Boy Butter can be used as a tanning accelerator, massage cream. You can use to treat your leather."

Who would be your ideal celebrity spokesperson?

Who would be your ideal celebrity spokesperson?

"Fabio - I can't believe it's not butter! Fabio works out at my gym. I have a new water based lube coming out called, You Won't Believe it's Not Boy Butter. I am dying to just have a picture of him with it. I want to go up to him and say "Look at this! Don't you want your face on it?""

A 16-ounce tub of Boy Butter retails for $19.95. Boy Butter is available at two Provincetown locations: Dorian Boys (322 Commercial Street) and M.G. Leather (338 Commercial Street). For more info go to www.boybutter.com.

*Rick Dunn's writing has appeared in The Boston Globe, The Windy City Times, Washington Blade and Bay Windows. He is a member of Ryan Landry's Gold Dust Orphans theatrical troupe. He was the editor of in newsweekly from 1996 to 2003.*

Email    Print    DIGG this    Del.icio.us

Back to: Life » Style » Home

### Comments




"I can't believe it's Boy Butter!"

Add New Comment

**Indulge Yourself**
Experience Yes To Car
Order Exclusively Here
Walgreens.com/YesToCarrots

INSIDE EDGE

   

Chris Nutter on "The Way Out"»   Houseware Gadgets To Lessen Your Work»   Hilary Duff on "Dignity"»   This Week in Gay Television»

**Bath Salt Packaging**
Display Your Bath Salts
Many Sizes In Stock
www.jcdanczak.com

About Us | Privacy | Terms of Use | Newsletters | Advertise | Feedback | Contact Us

Copyright © 2003-2007
EDGE Publications, Inc. / All Rights Reserved