# EXHIBIT 14













