# EXHIBIT 15



HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up…

Boy Butter is now available at many retail and online locations.

To find out where you can buy Boy Butter, select from the following locations:

**In the United States:**

Alaska
Arizona
California
Colorado
Connecticut
Delaware
District of Columbia
Florida
Georgia
Illinois
Indiana
Iowa
Kansas
Kentucky
Louisiana
Maryland

**Outside USA:**

Australia
Austria - Oesterreich
Belgium - Belgique
CANADA
Canada
CANADA
Canada
France
Germany
Italy - Italia
Netherlands
Norway
Switzerland
Switzerland - Schweiz
Switzerland - Suisse
United Kingdom



## Online/Internet:

### List of Online Retailers

- Massachusetts
- Michigan
- Missouri
- Montana
- Nebraska
- Nevada
- New Mexico
- New York
- North Carolina
- North Dakota
- Ohio
- Oklahoma
- Oregon
- Pennsylvania
- South Dakota
- Tennessee
- Texas
- Utah
- Virginia
- Washington
- Wisconsin
- Wyoming

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
— Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME  ABOUT  PRODUCT INFO  PHOTOS  PRESS/NEWS  CONTACT  IN STORE

How to Butter Up…

**Alaska**
**Castle Megastore**
1851 E. 5th Ave
Anchorage, AK 99501
907-272-1185

© 2007 Boy Butter LLC



# Boy Butter Lubricants LLC

"You should use Boy Butter because it doesn't dry out quickly!"
 — Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE



How to Butter Up...

### Arizona

**Castle Megastore**
5501 E. Washington St
Phoenix, AZ 85034
602-231-9837

**Castle Megastore**
300 E. Camelback Rd
Phoenix, AZ 85012
602-266-3348

**Castle Megastore**
8802 N. Black Cyn
Phoenix, AZ 85051
602-995-1641

**Castle Megastore**
8315 E. Apache Trail
East Mesa, AZ 85207
480-986-6114

**Castle Megastore**
21815 N. 26th Ave
Phoenix, AZ 85027
623-434-1390

**Castle Megastore**
222 N. 44th St.
Phoenix, AZ 85034
602-282-9488

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

### California

**665**
8722 Santa Monica Blvd
West Hollywood, CA 90069
310-854-7276

**Babeland**
184 10th Street
Oakland, CA 94607
510-839-1377

**Capitol Drugs**
8578 Santa Monica Blvd
West Hollywood, CA 90069
310-289-1125

**Castro Gulch**
2352 Market St
San Francisco, CA 94114
415-934-8524

**Midnight Books**
316 Pier Way
Oceanside, CA 92054
760-757-7832

**Midnight Books**
1407 University Ave
San Diego, CA 92103
619-299-7186

**Midnight Books**
4792 El Cajon Blvd
San Diego, CA 92115
619-582-1997

**Midnight Books**
3606 Midway Dr.
San Diego, CA 92110
619-222-9973

**Naughty by Night Lingere**



http://www.boybutter.com/instores.php?display=US&state=CA&longname=California

4/17/2007

Page 1 of 6

**Chaps**
4057 18th Street
San Francisco, CA 94114
415-863-1699

**Circus of Books**
4001 Sunset Blvd
Silverlake, CA 90029

**Circus of Books**
8230 Santa Monica Boulevard
West Hollywood, CA 90046
323-656-6533

**Drake's**
7566 Melrose Ave
Los Angeles, CA 90046
(323) 651-5600

**Drake's in West Hollywood**
8932 Santa Monica Blvd
West Hollywood, CA 90069
310 289-8932

**F Street Adult Video & Gifts**
158 E Main
El Cajon, CA 92020

16141 Nordhoff St
Northridge, CA 91343
(818) 920-3773

**Obelisk**
1029 University Ave.
San Diego, CA 92103

**Obelisk**
1029 University Ave.
San Diego, CA 92103
619-297-4171

**Palm Ave. Books**
1177 Palm Ave
Imperial Beach, CA 91932
619-575-5081

**Phantom**
516 Castro
San Francisco, CA 94114
415-864-7529

**Phat Toys**
3314 E. 7th St.
Long Beach, CA 90804
562-439-8880

**Pleasure Chest**
7733 Santa Monica Blvd.
West Hollywood, CA 90046
323-650-1022

Boy Butter Lubricants LLC

| | |
|---|---|
| 619-447-0381 | **Pleasureland**<br>836 5th Ave<br>San Diego, CA 92101<br>619-222-9973 |
| **F Street Adult Video & Gifts**<br>158 E Main<br>El Cajon, CA 92020<br>619-447-0381 | **Pleasures and Treasures**<br>2228 University Ave<br>San Diego, CA 92104<br>619-822-4280 |
| **F Street Adult Video & Gifts**<br>237 E. Grand Ave<br>Escondido, CA 92025<br>760-480-6031 | **Q Trading Company**<br>E Sunny Dunes<br>Palm Springs, CA 92262 |
| **F Street Adult Video & Gifts**<br>751 4th Ave<br>San Diego, CA 92101<br>619-236-0841 | **Ringold Alley**<br>3408 30th St<br>San Diego, CA 92104<br>619-295-7464 |
| **F Street Adult Video & Gifts**<br>2004 University Ave<br>San Diego, CA 92104<br>619-298-2644 | **Rock Hard**<br>518 Castro St<br>San Francisco, CA 94114<br>415-437-2430 |
| **F Street Adult Video & Gifts**<br>7685 Balboa Ave<br>San Diego, CA 92111<br>858-292-8083 | **Romantix**<br>14589 Valley Blvd<br>Fontana, CA 92335<br>909-350-4717 |
| **F Street Adult Video &** | **Romantix**<br>1120 Mercantile St.<br>Oxnard, CA 93030<br>805-483-0222 |

**Gifts**
4650 border Village Rd #9
San Diego, CA 92176
619-690-2070

**Fantasy 66**
835 E. Foothill Blvd
Rialto, CA 92376
909-820-6315

**Folsom Gulch**
947 Folsom St.
San Francisco, CA 94107
415-495-6402

**G-Spot**
2003 K Street
Sacramento, CA 95814
916-441-3200

**GayMart**
305 N. Arena Rd
Palm Springs, CA 92262
760-320-0606

**Hip Pocket Books**
12686 Garden Grove Blvd
Garden Grove, CA 92843
714-638-8595

**Hustler Hollywood**
8920 Sunset Blvd

**Romantix**
550 W Mississippi Ave
Denver, CA 80223
303-831-8319

**Rough Trade**
3915 W. Sunset Blvd.
Los Angeles, CA 90029
323-660-7956

**Sav-On Drugstore**
8491 W. Santa Monica Blvd
West Hollywood, CA 90069
310.360.7303

**Short's Stuff in Hustler Casino**
1000 W. Redondo Beach Blvd.
Gardena, CA 90247
310-630-8896

**Smoke Plus**
4059 18th St.
San Francisco, CA 94114
415-863-7427

**The Crypt**
4094 30th Street
San Diego, CA 92104
(619) 284-4724

West Hollywood, CA 90069
310.828.9009

**Hustler Hollywood**
929 Sixth Ave
San Diego, CA 92101
619.696.9007

**Hustler Hollywood**
8920 Sunset Blvd
West Hollywood, CA 90069
310.828.9009

**Le Sex Shoppe**
6315 1/2 Hollywood Blvd
Hollywood, CA 90028
323-464-9435

**Le Sex Shoppe**
3147 San Fernando Rd
Los Angeles, CA 90065
323-258-2867

**Le Sex Shoppe**
3945 Market St.
Riverside, CA 92501
909-788-5194

**Le Sex Shoppe**
4539 Van Nuys Blvd
Sherman Oaks, CA 91403

**The Crypt on Broadway**
1712 East Broadway
Long Beach, CA 90802
(562) 983-6560

**The Crypt on Park**
3847 Park Blvd.
San Diego, CA 92103
(619) 692-9499

**The Rubber Rose**
3812 Ray St
San Diego, CA 92104

**Tuff Stuff**
169 East Alejo Road
Palm Springs, CA 92262
760-864-8539

**Unicorn Alley**
8940 Santa Monica Blvd
West Hollywood, CA 90069
310-652-6253

**Video Specialities**
2322 S. Escondido Blvd
Escondido, CA 32025
760-745-6697

**Walgreens Drugstore**
498 Castro Street
San Francisco, CA 94114

Boy Butter Lubricants LLC                                      (415) 861-6276

**Le Sex Shoppe**
10614 Whittier Blvd
Whittier, CA 90606
562-695-6301
818-501-9609

**Leather Masters**
969 Park Avenue
San Jose, CA 95126
408.293.7660

**Luxe Lingere**
363 N Camden Dr
Beverly HIlls, CA 90210
310-247-8477

**Midnight Books**
4877 Lankershim Blvd
North Hollywood, CA
91601
818-760-9529

© 2007 Boy Butter LLC



# Boy Butter Lubricants LLC

*"You should use Boy Butter because it doesn't dry out quickly!"*
– Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

## Colorado

**F Street Adult Video and Gifts**
1141 3rd Ave
Chula Vista, CO 91911

**Romanitx**
1613 La Shelle Way
Colorado Springs, CO 80906
719-538-9675

**Romantix**
4810 Pontiac St
Denver, CO 80022
303-698-9119

**Romantix**
1569 Wadsworth Blvd
LakeWood, CO 80214
303-288-9529

**The Crypt Adult Entertainment Center**
139 Broadway
Denver, CO 80203
(303) 778-6584

**The Crypt on Broadway C4**
8 Broadway
Denver, CO 80203
(303) 733-3112

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



HOME  ABOUT  PRODUCT INFO  PHOTOS  PRESS/NEWS  CONTACT  IN STORE

*"You should use Boy Butter because it doesn't dry out quickly!"*
– Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up…

**Connecticut**

**Adult Emporium**
2015 N. 22nd Ave
Decatur, CT 62526
217-362-0105

**Romantix**
410 North Ave
BridgePort, CT 06606
203-332-7129

**Romantix**
815-817 Foxon Rd.
East Haven, CT 06513
203-877-3492

**Romantix**
120 Boston Post Rd
Milford, CT 06460
203-877-3492

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=CT&longname=Connecticut

4/17/2007

Page 1 of 2