

Boy Butter Lubricants LLC

"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

**Delaware**

**Lambda Rising**
39 Baltimore Ave
Rehoboth, DE 19971
(302) 227-6969

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up...

**District of Columbia**

**G Books**
1520 U St. NW Basement
Washington, DC 20009
202-986-9697

**Leatherrack**
1723 Connecticut Ave NW
Washington, DC 20009
202-797-7401

**Lambda Rising**
1625 Connecticut Ave
Washington, DC 20009
202.462.6969

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC

H2O BASED — BoyButter PERSONAL LUBRICANT — Condom Safe

HOME | ABOUT | PRODUCT INFO | PHOTOS | PRESS/NEWS | CONTACT | IN STORE

"You should use Boy Butter because it doesn't dry out quickly!"
— Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up....


CLICK TO WATCH COMMERCIAL

### Florida

**Adult Video Warehouse**
501 North Lake Blvd
North Palm Beach, FL 33408
561-863-9997

**Adult Video Warehouse**
4500 N. Powerline Rd
Pompano Beach, FL 33073
954-969-9616

**Artistic Encounters**
930 North Mills Ave
Orlando, FL 32803
407-896-0204

**Hustler Hollywood**
1500 E. Sunrise Blvd.

**Pride Factory**
845 N. Federal Hwy
Ft. Lauderdale, FL 33304

**Something Sexy for Him and Her**
4242 N. Federal hwy
Ft. Lauderdale, FL 33308
954- 561-8977

**Tropixxx Video & Emporium**
1514 NE 4th Avenue
Ft. Lauderdale, FL 33304
888-464-5988

Boy Butter Lubricants LLC

Ft. Lauderdale, FL
33304
954-828-9769

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=FL&longname=Florida

4/17/2007

Page 2 of 2



Boy Butter Lubricants LLC

"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

**Georgia**

**Brushstrokes**
1510-J Piedmont Ave., NE
Atlanta, GA 30324
404-876-6567

**Sweet Treats Emporium**
227 Ivey Weaver Rd
Milledgeville, GA 31061
478-453-3564

**Whirlwind Distributing**
224 Greenwood Circle
Decatur, GA 30030
866-PIG-TOYS

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

### Illinois

**Adult Books & Videos**
595 N. Henderson
Galesburg, IL 61401
217-362-0105

**Batteries Not Included - Lakeview**
3420 N. Halstead
Chicago, IL 60657
773-935-9900

**Batteries Not Included - WIcker Park**
1439 N. Milwaukee
Chicago, IL 60622
773-489-2200

**Cupid's Treasures**
3519 N. Halstead
Chicago, IL 60657
773. 348. 3884

**Pleasure Chest**
3155 North Broadway
Chicago, IL 60657
(773) 525-7151

**Priscilla's**
805 South Dirksen Parkway
Springfield, IL 62703

**TLC Priscilla's**
1216 N. Roselle Rd
Schaumberg, IL 60195

**TULIP**
1480 W. Beryn
Chicago, IL



http://www.boybutter.com/instores.php?display=US&state=IL&longname=Illinois

4/17/2007

Page 1 of 2

Boy Butter Lubricants LLC

**Leather Sport**
3505 N. Halstead
Chicago, IL 60657
773.868.0914

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=IL&longname=Illinois

4/17/2007

Page 2 of 2



Boy Butter Lubricants LLC

"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME    ABOUT    PRODUCT INFO    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

How to Butter Up....

### Indiana

**Adult Emporium**
2715 S.Main St.
South Bend, IN 46614
574-291-1899

**Metropolis Gift Shop**
707 Massachusetts Ave.
Indianapolis, IN 46204
317-639-6022

**Michigan St. Theater**
8801 Melton Rd
Gary, IN 46403
219-938-2194

© 2007 Boy Butter LLC

Page 1 of 2

http://www.boybutter.com/instores.php?display=US&state=IN&longname=Indiana

4/17/2007

Boy Butter Lubricants LLC



HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show

How to Butter Up....

### Iowa

**Adult Emporium**
3216 1st Ave
Counicil Bluffs, IA 51501
712-328-2673

**Adult Emporium**
1401 E Army Post Rd
Des Moines, IA 50320
515-256-1102

**Adult Emporium**
511 Pearl St.
Waterloo, IA 50702
319-234-9340

**Adult Emporium**
1507 Pearl St.
Sioux City, IA 51101
712-277-8566

**Adult Emporium**

**Mini Cinema**
15 N. 5th
Fort Dodge, IA 50501
515-955-9756

**Pleasure Palace**
117 Kellogg St.
Ames, IA 50010
515-232-7717

**Pleasure Palace**
315 Kirkwood Ave
Iowa City, IA 52240
319-351-9444

**Romantix After Dark**
50552 189th St
Council Bluffs, IA
712-366-1764

**Romantix After Dark**



CLICK TO WATCH COMMERCIAL

Boy Butter Lubricants LLC

**Adult Emporium**
511 Pearl St.
Sioux City, IA 51101
712-277-8566

1507 La Porte Rd
Waterloo, IA 50702
319-324-9340

50552 189th St
Council Bluffs, IA 51561
712-366-1764

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=IA&longname=Iowa

4/17/2007

Page 2 of 2

# Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
– Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME  ABOUT  PRODUCT INFO  PHOTOS  PRESS/NEWS  CONTACT  IN STORE

How to Butter Up...

**Kansas**

**Priscilla's**
6143 West Kellog
Witchita, KS 67209

**Priscilla's**
2606 South Rock Rd.
Witchita, KS 67210

© 2007 Boy Butter LLC



Boy Butter Lubricants LLC

# BoyButter
## H-O BASED PERSONAL LUBRICANT
### Condom Safe

*"You should use Boy Butter because it doesn't dry out quickly!"*
– Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME | ABOUT | PRODUCT INFO | PHOTOS | PRESS/NEWS | CONTACT | IN STORE

**CLICK TO WATCH COMMERCIAL**

## How to Butter Up...

### Kentucky

**Hustler Hollywood**
2240 Elkhorn Rd.
Lexington, KY 40505
859-231-6969

**Tammy's**
243 Brown St
Paducah, KY 42003
270-442-5584

**K.A.D.**
933 Winchester Rd
Lexington, KY 40505
859-252-0357

© 2007 Boy Butter LLC