

Boy Butter Lubricants LLC

"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME  ABOUT  PRODUCT INFO  PHOTOS  PRESS/NEWS  CONTACT  IN STORE

How to Butter Up…

**Louisiana**

**Second Skin**
521 Rue Saint Phillip
New Orleans, LA 70118
504-561-8167

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME    ABOUT    PRODUCTLINE    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

How to Butter Up…

### Maryland

**Baltimore Eagle**
2022 N. Charles St.
Baltimore, MD 21218
443-524-2835

**Bradley Books**
318 North Market Street
Frederick, MD 21701
301-662-9886

**Greenmont Books**
3222 Greenmount Ave
Baltimore, MD 21218-3438
410-467-0403

**Lambda Rising**
241 West Chase St
Baltimore, MD 21201
410.234.0069

**Love Ones**
5714 Ritchie Highway
Brooklyn Park, MD 21225
410-789-0336

**Love Ones**
12 Scott Adam Road
Cockeysville MD 21030 410-667-0390
Cockeysville, MD 21030
410-667-0390

**Love Ones**
2334 Mountain Road
Pasadena, MD 21122
410-439-8898

**Love Ones 9616 Road**
9616 Reisterstown
Owings Mills, MD 21117
410-356-0113



http://www.boybutter.com/instores.php?display=US&state=MD&longname=Maryland

4/17/2007

Page 1 of 2

**Lingerie & Gift Center**
6400 Baltimore National Pike Suite 15
Catonsville, MD 21228-3614
410-788-8588

**Love Ones**
3217 Eastern Blvd.
Middle River, MD 21220
410-574-5744

**Love Ones**
Rt. 175 & Ridge Road, Severn Square Mall
Severn, MD 21144
410-551-0061

**Love Ones**
402 York Road
Towson, MD 21204
410-825-2055

**Love Zone**
1758 Eastern Blvd
Essex, MD 21221
410-687-9600

**Love Zone**
506 S. Broadway
Baltimore, MD 21231-2913
410-276-5115

**Plaza Books**
21801C Shangri-La Drive
Lexington Park, MD 20653
301-863-9786

**Rte. 1 News**
106 Washington Blvd.
South Laurel, MD 20707-4328
410-880-4253

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



H-O BASED BOYBUTTER PERSONAL LUBRICANT Condom Safe

"*You should use Boy Butter because it doesn't dry out quickly!*"
- *Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.*

HOME    ABOUT    PRODUCT INFO    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

How to Butter Up…

## Massachusetts

**Don't Panic Designs**
200 Commercial Street
Provincetown, MA 02657

**Don't Panic Designs**
200 Commercial Street
Provincetown, MA 02657

**Dorian Boys**
322 Commercial Street
Provincetown, MA 02657
508-487-9602

**M.G. Leather**
338 Commercial St.
Provincetown, MA 02657
508-487-4036

**Tack Room**
1254 Boylson St.
Boston, MA 02215

© 2007 Boy Butter LLC



Boy Butter Lubricants LLC

"*You should use Boy Butter because it doesn't dry out quickly!*"
- *Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.*

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

**Michigan**

**Common Language Bookstore**
215 S. 4th Ave
Ann Arbor, MI 48104
734 663 0336

**Eastown Capri**
686-690 W. Michigan Ave
Battle Creek, MI
616-964-3070

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=MI&longname=Michigan          4/17/2007

Page 1 of 2



Boy Butter Lubricants LLC

"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up…

**Missouri**

**Cheap Trx**
3211 South Grand
St. Louis, MO 63118

**Daddies Den Leather**
4122 Shenandoah Ave
St. Louis, MO 63110
314.771.0776

**Out There**
Westport Road
Kansas City, MO
64111
816-753-4757

**TLC Priscilla's**
1918 S. Gelnstone
Springfield, MO 65804

**TLC Priscilla's**
10210 Page Ave
St. Louis, MO 63132

**TLC Priscilla's**
1034 Venture Dr.
St. Peters (St. Louis), MO
63376

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"You should use Boy Butter because it doesn't dry out quickly!"
— Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME  ABOUT  PRODUCT INFO  PHOTOS  PRESS/NEWS  CONTACT  IN STORE

How to Butter Up...

**Montana**
**Fantasy For Adults Only**
210 East Main
Missoula, MT 59802
406-543-7760

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=MT&longname=Montana

4/17/2007

Page 1 of 2

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
— Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

**Nebraska**
**ABC**
921 \"O\" St
Lincoln, NE 68508
402-435-9323

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

### Nevada

**Carl's Pub**
3310 South Virginia
Reno, NV
775-829-8886

**Desert Books**
4350 Las Vegas Blvd.
North Las Vegas, NV 89115
702-643-7982

**G-Spot**
138 West Street
Reno, NV 89501
775-333-6969

**Get Booked**
S. Paradise Rd. Suite C205
Las Vegas, NV 89119
702-737-7780

**Love Boutique**
3275 Industrial Rd
Las Vegas, NV 89109
(702) 731-5655

**Wild J's**
2923 S. Industrial Rd
Las Vegas, NV 89109
702-892-0699

© 2007 Boy Butter LLC



Boy Butter Lubricants LLC



HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

*"You should use Boy Butter because it doesn't dry out quickly!"*

- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up...

CLICK TO WATCH COMMERCIAL

**New Mexico**

**Castle Megastore**
5510 E. Central Ave
Albuquerque, NM 87108
505-262-2266

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



How to Butter Up...

**New York**

**A V Outlet**
13 Front Street
Port Jervis, NY 12771
845-856-6465

**Airport AVGO**
89 Route 17 K
Newburgh, NY 12250
845-567-6088

**AVGO**
7283 Worth Road Exit 39,
I-86
Bath, NY 14810
607-776-5073

**AVGO**
Exit 58 Route 17
Ashland, NY 14861
607-732-2574

**North Street Books**
17 Washington Street
Endicott, NY 13845
607-785-1588

**Pleasure Chest**
156 7th Ave South
New York, NY 10014
212 242 4185

**Purple Passion / DV8**
211 West 20th Street
New York, NY 10011
212 807 0486

**Rainbow Station**
207 8th Ave
New York, NY 10011
212-924-0591

**Rainbows and Triangles**



**Babeland (SOHO)**
43 Mercer Street
New York, NY 10013
212-966-2120

**Babeland NYC**
94 Rivington Street
New York, NY 10002
212-375-1701

**Benis News**
121 Lake Street
Elmira, NY 14901
607-733-2396

**Book Sale Gallery**
103 West State Street
Ithaca, NY 14850
607-272-1906

**Condomania**
351 Bleecker Street
New York, NY 10014
212-691-9442

**Court Street Adult Outlet**
483 Court Street
Binghamton, NY 13845
607-724-1558

**Deluxe Books**
123123 Lake Street

198 8th Ave
New York, NY 10011

**Rawhide**
212 8th Ave
New York, NY 10011
212-627-2166

**Red Light District**
597 6th Ave
New York, NY 10011
212-620-3954

**Ricky's in Chelsea**
267 W. 23rd St.
New York, NY 10011
212-206-0234

**Ricky's in Greenwich Village**
44 E. 8th St.
New York, NY 10003
212-254-5247

**Ricky's in SoHo**
590 Broadway
New York, NY 10012
212-226-5552

**Ricky's in West Village**
466 6th Ave.
New York, NY 10011
212-924-3401

Elmira, NY 14901
607-734-9656

**East Main Street News**
549 East Main Street
Middletown, NY 10940
845-343-2580

**Fantasy World. NY**
192 7th Ave South.
New York, NY 10014
(212) 727-2001

**Hillside**
16 South Ave
Fairport, NY 14450
585-802-8828

**Leather Bound Boutique**
96 Front Street
Binghamton, NY 13905
607-722-0327

**Lucy's on Hudson**
513 Hudson Street
New York, NY 10014
212-243-4874

**Main Street Book & Video**
560 Main Street
Poughkeepsie, NY 12601
845-471-3347

**The Blue Store**
206 Eighth Ave
New York, NY 10011
212 9248315

**The Leatherman**
111 Christopher St.
New York, NY 10014
212-243-5339

**The Leatherman Outlet**
(The Eagle)
554 West 28th St.
New York, NY 10011

**The Studio**
127 West 28th St. 2nd Floor
New York, NY 10011

**Ulster Video & Gifts**
584 Ulster Ave.
Kingston, NY 12401
845-331-6023

**Unicorn Bookstore**
277 C. West 22nd
New York, NY 10011
212-924-2921

**Vivid Video**
100 Cristopher St

Boy Butter Lubricants LLC

**New York Fetish Corp**
74 Christopher St
New York, NY 10014
212-243-2991

New York, NY 10014

© 2007 Boy Butter LLC