Boy Butter Lubricants LLC

**New York Fetish Corp**
74 Christopher St
New York, NY 10014
212-243-2991

New York, NY 10014

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=NY&longname=New York

4/17/2007

Page 4 of 4

Boy Butter Lubricants LLC



# BOY BUTTER
## H₂O BASED PERSONAL LUBRICANT

HOME    ABOUT    PRODUCT INFO    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

*"You should use Boy Butter because it doesn't dry out quickly!"*
— Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up…

CLICK TO WATCH COMMERCIAL

### North Carolina

**Leatherwerks Charlotte**
4544 H South Blvd
Charlotte, NC 28209
704-679-3868

**White Rabbit**
309 West Martin St.
Raleigh, NC 27601
919-856-1429

© 2007 Boy Butter LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
— Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME    ABOUT    PRODUCTLINE    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

How to Butter Up…

**North Dakota**

**ABC**
417 NP Ave
Fargo, ND 58102
701-232-9768

**Plain Brown Wrapper**
102 S. 3rd St.
Grand Forks, ND 58201
701-772-9021

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
— Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up…

### Ohio

**Hustler Cincinati**
411 Elm St.
Cincinatti, OH 45202
513-421-7323

**Hustler Hollywood**
1038 Lebanon St.
Monroe, OH 45050
513.539.6969

**Laws Leather Shop**
11112 Clifton Blvd
Cleveland, OH 44102

**The Garden, Inc.**
1182 N High Street
Columbus, OH 43201
614-294-2869

**TORSO**
772 N. High St, #100
Columbus, OH 43215
614-421-7663



© 2007 Boy Butter LLC



Boy Butter Lubricants LLC

# Oklahoma

**Priscilla's**
7925 East 41st
Tulsa, OK 74145

**Priscilla's**
11344 East 11th
Tulsa, OK 74107

**Priscilla's**
5634 West Skelly Blvd
Tulsa, OK 74107

**Priscilla's**
2333 East 71st
Tulsa, OK 74136

**Priscilla's**
4810 A - West Garriott
Enid, OK 73703

**Priscilla's**
615 East Memorial
Oklahoma City, OK 73114

**Spexton**
825 East 3rd St.
Tulsa, OK 74120
918 829 0824

**UNDERGUY.COM**
825 East 3rd St.
Tulsa, OK 74120

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=OK&longname=Oklahoma

4/17/2007

Page 1 of 2

Boy Butter Lubricants LLC



HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

*"You should use Boy Butter because it doesn't dry out quickly!"*
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up...

### Oregon

**Castle Megastore**
1113 Progress Drive
Medford, OR 97504
541-608-9540

**Castle Megastore**
9815 SW Capitol Hwy
Portland, OR 97219
503-768-9305

**Castle Megastore**
3270 Gateway Street
Springfield, OR 97477
541-988-9226

**Fantasy For Adults Only**
3137 NE Sandy Blvd
Portland, OR 97232
503-295-6969

**Fantasy For Adults Only**
1512 W Burnside St
Portland, OR 97209
503-295-6969

**Fantasy for Adults Only**
6440 SW Coronado
Portland, OR 97209
503-244-6969

**Fantasy For Adults Only**
3714 SW Powell
Portland, OR 97202
503-595-6969

**Fantasy For Adults Only**
10720 SW Beaverton-Hillsdale Hwy
Beaverton, OR 97005
503-235-6969

Boy Butter Lubricants LLC

HOME  ABOUT  PRODUCT INFO  PHOTOS  PRESS/NEWS  CONTACT  IN STORE

"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up...

### Pennsylvania

**AVGO**
Junction Rt. 611 & I 80
Bartonsville, PA 18321
570-420-0773

**Danny's**
133 South 13th St.
Philadelphia, PA 19107
215-925-5041

**Hamilton Books & Video**
1051 Hamilton Street
Allentown, PA 18101
410-574-5744

**High Street Book & Video**

**Richard Nichalson Design Studio / Lowtide**
2614 Lincoln Way
White Oak, PA 15131
412-751-4799

**Rte 11/15 AVGO**
Southbound Route 11/15
Duncannon, PA 17020
717834 0319

**The Den**
53 North Prince Street
Lancaster, PA 17601
717-299-1779

**The Gearbox**
Located at the BIKESTOP
206 S. Quince
Philadelphia, PA 19107
610-254-0055



Boy Butter Lubricants LLC

365 High Street
Pottstown, PA 19464
610-323-4110

© 2007 Boy Butter LLC



Boy Butter Lubricants LLC

"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up…

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

CLICK TO WATCH COMMERCIAL

**South Dakota**

**Studio One**
311 N. Dakota Ave.
Sioux Falls, SD 57104
605-332-9316

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=SD&longname=South Dakota

4/17/2007

Page 1 of 2



Boy Butter Lubricants LLC

"*You should use Boy Butter because it doesn't dry out quickly!*"
- *Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show*

HOME    ABOUT    PRODUCT INFO    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

How to Butter Up...

### Tennessee

**Hustler Hollywood**
1400 Church St.
Nashville, TN 37203
615-327-4669

**Inz and Outz**
553 South Cooper
Memphis, TN 38104
901-728-6535

**OutLoud**
1703 Church Street
Nashville, TN 37203
(615) 340-0034

**Tammy's**
2220 E. Brooks Rd.
Memphis, TN 38132
901-396-9050

**Tammy's**
1617 Summer Ave
Memphis, TN 38111
901-744-4513

**Tammy's**
5939 Summer Ave
Memphis, TN 38134
901-373-5760

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=TN&longname=Tennessee    4/17/2007

Page 1 of 2

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
—Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME  ABOUT  PRODUCT INFO  PHOTOS  PRESS/NEWS  CONTACT  IN STORE

How to Butter Up...

**Texas**

**Black Hawk Leather**
711 Fairview
Houston, TX 77006
713-LEATHER

**Encore Video**
1031 NE. Loop 410
San Antonio, TX 78209
210-821-5345

**GLYDE, Inc - DISTRIBUTORS**
4001-C Cedar Springs
Dallas, TX 75219
214-559-4955

**Hollywood books**
807 Fairview
Houston, TX 77006
713-523-6687

**Shades of Grey Leather**
3930 A Cedar Springs Road
Dallas, TX 75219
214-521-4739

**Shades of Grey Leather**
2515 Inwood @ 107
Dallas, TX 75219

**The Ripcord**
715 Fairview
Houston, TX 77006

**Universal/Encore Video**
2935 Pat Booker Rd
Universal City, TX 78148
210-659-7131



**Leather Masters**
2525 Wycliff Ave # 124
Dallas, TX 75219
214-528-7881

**Metro Arts**
11395 James Watt Dr. # A-15
El Paso, TX 79936
915 920 8021

**Zebraz.com**
1608 N Main Ave
San Antonio, TX 78209
210 821 5345

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC

http://www.boybutter.com/instores.php?display=US&state=TX&longname=Texas

4/17/2007

Page 2 of 2

Case 1:07-cv-03177-GEL    Document 1-26    Filed 04/19/2007    Page 13 of 13



# Boy Butter Lubricants LLC

*"You should use Boy Butter because it doesn't dry out quickly!"*
— Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME  ABOUT  PRODUCT INFO  PHOTOS  PRESS/NEWS  CONTACT  IN STORE

How to Butter Up...

**Utah**

**Cahoots**
East 900 South Salt Lake City
Salt Lake City, UT 84105
801-538-0606

**Mischievous**
South 300 Street
West Salt Lake City, UT 84101
801-530-3100

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=UT&longname=Utah    4/17/2007    Page 1 of 2