Boy Butter Lubricants LLC

http://www.boybutter.com/instores.php?display=US&state=TX&longname=Texas

4/17/2007

Page 2 of 2

**Leather Masters**
2525 Wycliff Ave # 124
Dallas, TX 75219
214-528-7881

**Metro Arts**
11395 James Watt Dr. # A-15
El Paso, TX 79936
915 920 8021

**Zebraz.com**
1608 N Main Ave
San Antonio, TX 78209
210 821 5345

© 2007 Boy Butter LLC



# Boy Butter Lubricants LLC

"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

## Utah

**Cahoots**
East 900 South Salt Lake City
Salt Lake City, UT 84105
801-538-0606

**Mischievous**
South 300 Street
West Salt Lake City, UT 84101
801-530-3100

© 2007 Boy Butter LLC





Boy Butter Lubricants LLC

"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME ABOUT PRODUCT INFO PHOTOS PRESS/NEWS CONTACT IN STORE

How to Butter Up...

**Virginia**

**Lambda Rising**
322 West 21st Street
Norfolk, VA 23517
(757) 626-0969

**The Toy Bag**
PO BOX 490
Herndon, VA 20172
703-834-0757

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
- *Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show*

HOME    ABOUT    PRODUCT INFO    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

How to Butter Up...

**Washington**

**Babeland**
707 East Pike Street
Seattle, WA 98122
206-328-2914

**Castle Megastore**
6015 Tacoma Mall Blvd
Tacoma, WA 98409
253-471-0391

**Castle Megastore**
2789 NW Randall Way
Silverdale, WA 98383
360-308-0779

**Castle Megastore**
11324 E. Sprague
Spokane, WA 99206
509-893-1180

**Castle Megastore**
522 N. Columbia Ctr Blvd
Kennewick, WA 99336
509-374-8276

**Castle Megastore**
206 Broadway East
Seattle, WA 98102
206-204-0126

**Fantasy Unlimited**
2027 Westlake Ave (at 7th)
Seattle, WA 98181
206/682-0167

**The Crypt Off Broadway**
1113 10th Ave E (At Denny)
Seattle, WA 98102
206-325-3882



http://www.boybutter.com/instores.php?display=US&state=WA&longname=Washington

4/17/2007

Page 1 of 2

# Boy Butter Lubricants LLC

HOME    ABOUT    PRODUCT INFO    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

*"You should use Boy Butter because it doesn't dry out quickly!"*
—Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up...



## Wisconsin

**A Woman's Touch**
600 Williamson Street
Madison, WI 53703
888-621-8880

**A Woman's Touch**
200 N. Jefferson
Milwaukee, WI 53202
414-221 0400

**Outwords Books**
2710 N. Murray Ave
Milwaukee, WI 53211
414-963-9089

**Tool Shed**
804 East Center St
Milwaukee, WI 53212

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

**Wyoming**
**Vision Video**
1939 Harrison Dr.
Evanston, WY 82930

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=US&state=WY&longname=Wyoming

4/17/2007

Page 1 of 2

# Boy Butter Lubricants LLC



HOME    ABOUT    PRODUCT INFO    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

"*You should use Boy Butter because it doesn't dry out quickly!*"
— Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up…

**Australia**

**Dungeon Warehouse**
116 Hoddle Street
Abbotsford Victoria
3067
Australia
61 3 9416 4800

**Eagle Leather**
58 Hoddle Street
Abbotsford Victoria
3067
Australia
61 3 9419 4509

**Dungeon Warehouse**
Unit 3 1-3 Johnston Street
Newport Victoria
3015
Australia

**SAX Fetish**
110a Oxford Street
Sydney
NSW 2010
Australia

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



HOME ABOUT PRODUCT INFO PHOTOS PRESS/NEWS CONTACT IN STORE

"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up....

**Austria - Oesterreich**

**MEO - Oesterreich**
Ebbelicher Weg 70
Herten Germany - Deutschlan
Austria - Oesterreich

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME    ABOUT    PRODUCT INFO    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

How to Butter Up...

**Belgium - Belgique**

**Man 2 Man - RoB Brussels**
Rue des riches Claires
11
Brussels
B-1000
Belgium - Belgique
00 32 25140296

**MEO Exports - Belgium - Belgique**
Ebblicher Weg 70
Herten
Belgium - Belgique
0 2366 500 520

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME  ABOUT  PRODUCT INFO  PHOTOS  PRESS/NEWS  CONTACT  IN STORE

How to Butter Up...

**CANADA**

**Love Shack Canada Inc.**
P.O. Box 9504, Stn Main
Saskatoon SK
S7K 7G1
Canada
306-384-4300

**North Bound Leather**
7 St. Nicholas Street
Toronto Ontario
M4Y1W5
Canada
416-972-1037

**Northbound Leather**
1323 Rue Ste. Catherine Est
Montreal Quebec
H2L 2H4
Canada
tel. 514 529 0808

**THE STAG SHOP**
1548 DUNDAS ST. EAST
LONDON
N5W3C1
CANADA
519-453-7676

**THE STAG SHOP**
371 WELLINGTON RD S.
LONDON
L8E1H6
CANADA
519-668-3334

**THE STAG SHOP**
6020 HURONTARIO RD
MISSISSAUGUA
L5R 4B3
CANADA
905-501-9855



**Priape**
1311 Ste-Catherine East
Montreal Quebec
H2L 2H4
Canada

**Priape**
465 Church St. 2nd Floor
Toronto Ontario
M4Y 2C5
Canada

**Priape**
1322, 17th Ave Southwest
Calgary Alberta
T2T 5S8
Canada

**Priape**
1322, 17th Ave Southwest
Calgary Alberta
T2T 5S8
Canada

**Priape**
1148 Davie St
Vancouver British Columbia
V6E 1N1
Canada

**Rainbow Resources**

**THE STAG SHOP**
387 ONTARIO ST
ST CATHARINES
L2R 5L3
CANADA
905-687-3310

**THE STAG SHOP**
980 UPPER JAMES ST
L9C3A5
M5B1N8
CANADA
416-368-3507

**THE STAG SHOP**
239 YONGE STREET
TORONTO
M5B1N8
CANADA
416-368-3507

**THE STAG SHOP**
7 PROGRESS AVE
SCARBOROUGH
M1P 5A3
CANADA
416-412-1826

**THE STAG SHOP**
2950 DOUGALL AVE N9E
1S2
WINDSOR
N9E 1S2

Boy Butter Lubricants LLC

| | |
|---|---|
| 4636 Monterey Ave NW<br>Calgary Alberta<br>T3B5G9<br>Canada<br>403-286-4636 | CANADA<br>519-967-8798 |
| **The Stag Shop**<br>7 King St. North<br>Waterloo<br>N2J2W6<br>CANADA<br>519-886-4500 | **THE STAG SHOP**<br>211 SILVERCREEK PKWY<br>GUELPH<br>N1H3K5<br>CANADA<br>519-766-1885 |
| **THE STAG SHOP**<br>10 MANITOU DRIVE<br>KITCHENER<br>N2C2N3<br>CANADA<br>519-895-1228 | **THE STAG SHOP**<br>449 CHURCH STREET<br>TORONTO<br>M4Y 2C5<br>CANADA<br>416-323-0772 |
| | **THE STAG SHOP**<br>30 KING STREET EAST<br>KITCHENER<br>N2G 2K6<br>CANADA<br>519-593-2303 |

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
—Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

**France**

**MEO - Distribution France /
Vente en gross**
Ebbelicher Weg 70
45701
Herten Germany - Allemagne
France
0 2366 500 524

**MEO France**
60 Rue des Grands
Champs
Paris
75020
France

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=NONUS&country=France

4/17/2007

Page 1 of 2

Boy Butter Lubricants LLC



H₂O BASED BoyButter PERSONAL LUBRICANT — Condom Safe

"You should use Boy Butter because it doesn't dry out quickly!"
– Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show

HOME    ABOUT    PRODUCT INFO    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

How to Butter Up…

**Germany**

**MEO Vertriebs GmbH & Co. KG**
Ebbelicher Weg 70
Herten
D-45701
Germany
+49 (0) 2366500500

**Mister B**
Motzstrasse 22
Berlin
Germany
49 (0)30 21997704

**Mister B Berlin**
Nollendorfstrasse 23
Berlin
10777
Germany
49 (0) 302199704

**RoB Berlin**
Fuggerstrasse 19
Berlin
10777
Germany
49 30 21 96 74 00

© 2007 Boy Butter LLC