Boy Butter Lubricants LLC



"You should use Boy Butter because it doesn't dry out quickly!"
-Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

**Italy - Italia**

MEO Commercio all'ingrosso Italy – Italia
Ebbelicher Weg 70
Herten Germany - Germania
Italy - Italia
0 2366 500 520

© 2007 Boy Butter LLC

http://www.boybutter.com/instores.php?display=NONUS&country=Italy - Italia

4/17/2007

Page 1 of 2

Boy Butter Lubricants LLC

"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

**Netherlands**

**MEO Exports - Netherlands**
Ebbelicher Weg 70
45701
Herten Germany
Netherlands
0 2366 500 522

**Mister B**
Warmoesstraat 89
Amsterdam
1012 HZ
Netherlands
31 (0) 20 422 00 03

**RoB Amsterdam**
Weteringschans 253
Amsterdam
1017 XJ
Netherlands
31 20 428 3000

**RoB Amsterdam Accessories**
Warmoesstraat 32
Amsterdam
1032 JE
Netherlands
31 20 620 7719

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



Norway

**Big Boy**
Schaeffersgate 1
Oslo
0558
Norway
47 21924327

© 2007 Boy Butter LLC



Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME  ABOUT  PRODUCT INFO  PHOTOS  PRESS/NEWS  CONTACT  IN STORE

How to Butter Up...



**Switzerland**

**Maennerzone- RoB Zurich**
Kernstrasse 57
Zurich
CH-8004
Switzerland
41 0 43 243 30 43

© 2007 Boy Butter LLC



Boy Butter Lubricants LLC

"*You should use Boy Butter because it doesn't dry out quickly!*"
-*Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show*

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up...

**Switzerland - Schweiz**

**MEO Switzerland**
Webert Caja Inc. Blackstore Division
Bondastrasse 107
Chur
7000
Switzerland - Schweiz

© 2007 Boy Butter LLC



Boy Butter Lubricants LLC

"*You should use Boy Butter because it doesn't dry out quickly!*"
- *Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show*

HOME    ABOUT    PRODUCT INFO    PHOTOS    PRESS/NEWS    CONTACT    IN STORE

How to Butter Up…

**Switzerland - Suisse**

**MEO Suisse / Vente en gross**
Ebbelicher Weg 70
Herten Germany - Allemagne
Switzerland - Suisse
0 2366 500 500

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



"*You should use Boy Butter because it doesn't dry out quickly!*"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN STORE

How to Butter Up....

**United Kingdom**

**MEO (UK) Ltd.**
483 Geen Lanes
London
United Kingdom
0049-236-6500-522

**RoB London**
24/25 Wells Street
London
W1T 3PH
United Kingdom
44 20 7735 7893

**RoB Manchester**
17 China Lane
Manchester
M1 2EL
United Kingdom
44 161 236 6222

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC



HOME   ABOUT   PRODUCT INFO   PHOTOS   PRESS/NEWS   CONTACT   IN-STORE

"You should use Boy Butter because it doesn't dry out quickly!"
- Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

How to Butter Up...

**Online/Internet Stores**

| | |
|---|---|
| **Gaysupercenter.com** USA | **Getboybutter.com** AZ USA |
| **Liquidaromaworld.com** USA | **HealthyandActive.com** USA |
| **10percent.com** USA | **Hot Desert Knights Dist., Inc** USA 800-300-2002 |
| **1stopcondomshop.com** USA | **IKWAL.COM** MEXICO |
| **69AdultToys.com** USA | **Inserection.com** USA |
| **69lovetoys.com** USA | **IYsextoys.com** USA |
| **A Woman's Touch** USA | **Jenray.com** |

Boy Butter Lubricants LLC

| Store | Country |
|---|---|
| Acebears.com | USA |
| Aceboys.com | USA |
| Adonisent.com | USA |
| Adult4less.com | USA |
| AdultNoveltyCompany.com | USA |
| Adultpartytoys.net | USA |
| AGAYN.COM (France) | France |
| Amazon.com | USA |
| Babeland.com | USA |
| Babeland.com | USA |
| BedroomSports.com | USA |
| | USA |
| JT's Stockroom | USA |
| Kleptomaniac.com | USA |
| LeatherPost.com | USA |
| MEO Vertriebs GmbH & Co. KG | Germany |
| Mister B | Europe |
| MySexyStore.com | USA |
| Passion Essentials | USA |
| PeopleLikeUs.com | CA USA |
| Poppersexpress.com | USA |
| Priape | Canada |

http://www.boybutter.com/instores.php?display=online

| | |
|---|---|
| **Blowfish** USA | **Pricegrabber.com** USA |
| **BoyShop.com** USA | **Private Moments Inc.** USA |
| **Brushstrokes.us** USA | **Secretsexmall.com** USA |
| **BUYGAY.COM** CA USA | **Sex-Toys-Etc.com** USA |
| **BUYLUBE.COM** USA | **SexToy.com** USA |
| **Cheap Lubes.com** USA | **ShopWars.com** USA |
| **circusofbooks.com** USA | **Spicy Gear** USA |
| **Clubandrave.com** USA | **Spicy Gear** USA |
| **ClubThings.com** USA | **THE LUBERY** USA |
| **Condom Depot** USA | **The Pleasure Chest** USA |
| **Condom Depot** USA | **TheNaughtyBag.com** USA |

| | |
|---|---|
| **Condomania.com** USA | **Things4fun.com** USA |
| **CP Pleasures** USA | **Tickleberry.co.uk** United Kingdom |
| **DiverseUniverse.com** USA | **TLAVideo.com** USA |
| **Drugstore.com** USA | **Toys4Joy.com** USA |
| **EroticWonderland.com** USA | **VitaDigest.com** USA |
| **Extreme Restraints** CA USA | **VitaminDeal.com** USA |
| **Fort Troff** Atlanta GA USA | **www.1stopcondomshop.com** USA |
| **GAY.COM** USA | **Xtremesensation.com** USA |
| **Gaycondoms.com** USA | **YourPrivates.com** USA |

http://www.boybutter.com/instores.php?display=online

© 2007 Boy Butter LLC

Boy Butter Lubricants LLC

Page 4 of 5

4/18/2007