# EXHIBIT 16



# PriceGrabber.com
Comparison Shopping Beyond Compare.™

Your Lists | Your Account | Sell Yours! | Help

Home | Computers | Photo | Electronics | Home & Garden | Software | Video Games | Sporting Goods | Jewelry & Watches | Apparel | Health & Beauty | More

Most Popular | Merchant Ratings | Merchant Coupons | Mother's Day Guide | Wedding Guide

SHOP FOR  believe butter   IN  All Products   [Search]

Search for 'believe butter'

### CATEGORY MATCHES
- Oils (5)
- Other Meats & Specialty Food (3)
- Personal Products (3)
- Flowers & Gourmet (8)
- Health and Beauty (3)
- Books (1)

### PRODUCT MATCHES
Results 1-12 of 12 matches for 'believe butter'



**You Won't Believe It's Not Boy Butter Squeeze Bottle, H2O Based Personal Lubricant, 9 fl oz**
- Personal Products
- Rating: Write a Review

$14.99 (1 Seller) [Compare Prices →]

**You Won't Believe It's Not Boy Butter Tub, H2O Based Personal Lubricant, 4 fl oz**
- Personal Products
- Rating: Write a Review

$7.99 (1 Seller) [Compare Prices →]



**I Can't Believe It's Not Butter Light Vegetable Oil Spread, 48 oz**
- Other
- Rating: Write a Review

from $5.79 (2 Sellers) [Compare Prices →]

**I Can't Believe It's Not Butter Vegetable Oil Spread, 15 oz**
- Oils
- Rating: Write a Review

from $2.49 (2 Sellers) [Compare Prices →]



Search for 'believe butter' - PriceGrabber.com

     

**I Can't Believe It's Not Butter Light Vegetable Oil Spread, Twin Tubs, 16 oz**
- Other
Rating: Write a Review
from **$2.29** (2 Sellers) Compare Prices →

**I Can't Believe It's Not Butter Light Vegetable Oil Spread, Single Tub, 16 oz**
- Oils
Rating: Write a Review
from **$2.49** (2 Sellers) Compare Prices →

**I Can't Believe It's Not Butter Whipped Vegetable Oil Spread, 16 oz**
- Oils
Rating: Write a Review
from **$2.29** (2 Sellers) Compare Prices →

**I Can't Believe It's Not Butter Light Vegetable Oil Spread, Sticks 4- 1/4 lb, 16 oz**
- Other
Rating: Write a Review
from **$2.49** (2 Sellers) Compare Prices →

**I Can't Believe It's Not Butter Vegetable Oil Spread, 16 oz**
- Oils
Rating: Write a Review
from **$2.49** (2 Sellers) Compare Prices →

**I Can't Believe It's Not Butter Vegetable Oil Spread, 2 Tubs, 15 oz**
- Oils
Rating: Write a Review
from **$2.29** (2 Sellers) Compare Prices →

**You Won't Believe It's Not Boy Butter Tub, H2O Based Personal Lubricant, 8 fl oz**
- Personal Products
Rating: Write a Review
**$9.24** (1 Seller) Compare Prices →



**Butter Comes From Butterflies** (1 Release)

Paperback from **$0.55**



# Search for 'believe butter' - PriceGrabber.com



Subtitle: When I was a Kid, I used to believe
Author: Mat Connolley
Rating: Write a Review

(9 Sellers)

Compare Prices →

Page: 1

About Us | Jobs | Advertise | Merchant Login | Market Reporter
Mobile

US English | US Spanish | UK | View more »

Copyright © PriceGrabber.com, Inc. All Rights Reserved     Terms of Use and Privacy Policy

http://www.pricegrabber.com/search.php?form_keyword=believe+butter&topcat_id=&page_id=      4/18/2007

Page 3 of 3



1. **Seuss**) by Dr. Seuss and Theodor Seuss Geisel (**Hardcover** - Jan 12, 1984) 
   Buy new: ~~$14.95~~ **$10.17** 104 Used & new from $4.85
   Eligible for **FREE** Super Saver Shipping.
   Get it by **Thursday, April 19**, if you order in the next **1 hour and 40 minutes**.
   Excerpt - page 27: "... They sang: "Oh, be faithful,1 **Believe** in thy **butter**." And they lifted my spirits ..."
   › See more references to **believe butter** in this book.
   Surprise me! See a random page in this book.
   Books: See all 442 items

6. **Bread and Butter: What a Bunch of Bakers Taught Me About Business and Happiness** by Tom McMakin (**Hardcover** - Jun 9, 2001) 
   55 Used & new from $0.01
   Excerpt - page 111: "... BREAD AND **BUTTER** ill well. It **believes** equally strongly that everyone should ..."
   › See more references to **believe butter** in this book.
   Surprise me! See a random page in this book.
   Books: See all 442 items

7. **The Peanut Butter & Co. Cookbook: Recipes from the World's Nuttiest Sandwich Shop** by Lee Zalben and Jerry Seinfeld (**Paperback** - Oct 1, 2005) 
   Buy new: ~~$16.95~~ **$12.71** 73 Used & new from $1.74
   Eligible for **FREE** Super Saver Shipping.
   Get it by **Friday, April 20**, if you order in the next **23 hours and 40 minutes**.
   Excerpt - page 46: "... For Health Nuts **Believe** it or not, peanut **butter** is a health food that ..."
   › See more references to **believe butter** in this book.
   Surprise me! See a random page in this book.
   Books: See all 442 items

8. **Ripley's Believe It or Not (Ripley's Believe It Or Not)** by Ripley's Believe It or Not (**Hardcover** - Sep 2004)

---

Search Listmania!

[   ] GO!

› Create a Listmania! list

**So You'd Like to...** 


Find a Fun, New Mystery Series Part 2: A guide by Mark Baker

see what I'll read to my kids when they're born, part two: A guide by S. J Reid "shannon-reid"

First in Mystery Cozies: A list by "yenfid"

list by Knobbo Smeggy 

Search Guides

[   ] GO!

› Create a guide

   


Case 1:07-cv-03177-GEL    Document 1-29    Filed 04/19/2007    Page 7 of 9

Amazon.com: believe butter

9. 

**The Butter Did It: A Gastronomic Tale of Love and Murder (Chas Wheatley Mysteries)** by Phyllis Richman (**Mass Market Paperback** - Jun 1, 1998)

Books: See all 442 items

Buy new: $26.95 $17.13    73 Used & new from $2.37
Eligible for FREE Super Saver Shipping.
Get it by **Thursday, April. 19**, if you order in the next **1 hour and 40 minutes**.

86 Used & new from $0.01

Excerpt - page 341: "... The **Butter** Did It e 341 **believe** me. I wasn't sure I ..."
› See more references to **believe butter** in this book.
Surprise me! See a random page in this book.

10.  

**Butter** by Marlon Green (**Paperback** - Jan 2004)

Books: See all 442 items

Buy new: $15.00    4 Used & new from $4.85
Eligible for FREE Super Saver Shipping.
Get it by **Thursday, April. 19**, if you order in the next **1 hour and 25 minutes**.

Excerpt - page 69: "... I can't **believe Butter** got married. Anyway, I have ..."
› See more references to **believe butter** in this book.
Surprise me! See a random page in this book.

11. 

**I Can't Believe It's Not Butter Light Vegetable Oil Spread, Sticks 4- 1/4 lb, 16 oz** by I Can't Believe It's Not Butter

Gourmet Food: See all 11 items

Buy new: $2.49

12. 

**Peanut Butter and Jelly Management: Tales from Parenthood Lessons for Managers** by Chris Komisarjevsky and Reina Komisarjevsky (**Hardcover** - April 2000)


http://www.amazon.com/s/ref=nb_ss_gw/002-1041962-1231263?url=search-alias%3Daps&field-keywords=believe+butter    4/18/2007

Page 3 of 6

13. 

    **Books:** See all 442 items

    **Surprise me!** See a random page in this book.

    **Excerpt** - page 130: "... 130 Peanut **Butter** and Jetly Managment can **believe** in us as a human ..."

    › See more references to **believe butter** in this book.

    **Don't Believe Your Lying Eyes: A Darryl Billups Mystery** by Blair S. Walker (Hardcover - May 28, 2002)

    36 Used & new from **$0.01**

14. 

    **Books:** See all 442 items

    **Surprise me!** See a random page in this book.

    **Excerpt** - page 44: "... a sword fight with a **butter** knife. ..."

    › See more references to **believe butter** in this book.

    **Believe Cabbage Rose & Citrus Shea Butter Hand Cream Triplets .75 oz. x3** by Lollia by Lollia

    **Beauty:** See all 5 items

    **Buy new:** **$38.00**

15. 

    **Books:** See all 442 items

    **Surprise me!** See a random page in this book.

    **Excerpt** - page 31: "... Good Reasons to Eat Peanut **Butter** ..."

    › See more references to **believe butter** in this book.

    **The Peanut Butter Diet** by Holly McCord (Mass Market Paperback - Aug 13, 2001)

    **Buy new:** **$6.50**   143 Used & new from **$0.01**

    Get it by **Thursday, April. 19**, if you order in the next **1 hour and 25 minutes**. Eligible for **FREE** Super Saver Shipping.

16. **I Can't Believe It's Not Butter Whipped Vegetable Oil Spread, 16 oz** by I Can't Believe It's Not Butter

Amazon.com: believe butter

Buy new: **$2.29**

**Gourmet Food:** See all 11 items



These search results have been filtered to remove adult products.
Click here to include these items in your results.

**SPONSORED LINKS** ( What's this? )

Cell Phone Ringtones       Real Music Ringtones By Original Artists.
www.thumbplay.com

**Believe** Sheet Music     Buy the sheet music for **Believe** at Sheet Music Plus. Shop now.
http://www.sheetmusicplus.com

Your personalized program   Get 28 Ways to Stop Procrastinating With expert guidance, it's simple!
www.OrganizeYourselfOnline.com

                                                                                  Advertise on Amazon

Page:  **1**  2  3  Next >

**Search Feedback**

Were these results helpful to you?
Yes  No

Search powered by A9

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate.
- Visit our Help department.

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.