# EXHIBIT 17

Boy Butter | AfterElton.com

# AFTERELTON
on logoonline.com

NEWS, REVIEWS & COMMENTARY ON GAY AND BISEXUAL MEN IN ENTERTAINMENT AND THE MEDIA

BLOG   TV   MOVIES   PEOPLE   BOOKS   MUSIC   COLUMNS   COMMUNITY   OTHER   SHOP



What's in *YOUR* mailbox? roll over to find out

Start FREE Trial

**User login**

Username: *
Password: *

- Log in
- Create new acc
- Request new pa

Home

## Boy Butter
### I Can't Believe It's Not Boy Butter



Thanks to the **UK's Pinknews** for bringing this to our attention. Cable tv stations in New York and Los Angeles will shortly be running the first television commercial ever for a gay sex lubricant. Call me a prude, but I sorta wish they wouldn't. Not that I have anything against personal lubricant advertising, but this *particular* commercial is so unoriginal, unfunny and crudely suggestive that I think it reinforces some of the worst gay male stereotypes out there.

The ad is a take-off of the "I Can't Believe It's Not Butter" commercials of the 1990's. Only this time the product is Boy Butter and the slogan is "I Can't Believe It's Not Boy Butter."

You never see the actors, just their hands and a closeup of the product which is displayed on a kitchen counter along with some citrus fruits.

Given that the packaging is designed to look like a tub of margarine, I really don't think that *anyone* should be leaving this product out on their kitchen counters. But really, that's just the start of this commercial's transgressions. The thing ends with a voice-over announcer saying "Try squeezing a little Boy Butter into your tight agenda today!"

**Find Articles On:**

Bisexual Men
Celebrities
Milestones
Teens
Transgender
Trends
Men of Color

**TV Shows:**

Brothers & Sisters
The Class
Nemesis
Survivor

**More**

Video Picks

**Search**

[Search]

# Boy Butter | AfterElton.com

## Navigation

- create content
  - My Account
  - bookmarks
  - sources
  - RSS feeds

### Latest GLBT News from 365Gay.com

- Life In Prison For S.D. Lesbian For Chainsaw Murder
- Teens Charged With Hate Crime Against Gay Man
- Illinois Lawmakers Mock Sex-Change Bill
- Pilloried For Supporting Gay Artists, Celebrity Kitty Carlisle Dies
- School In Lockdown After Day Of Silence Threats

more

Okay, eww. Come on guys, if you're going to produce the first television commercial ever for a gay personal lubricant you sort of have an obligation to do something tasteful -- or at least legitimately amusing. This one isn't.

Think I'm being too hard on this thing? Check out the 30 second spot below, and let me know what you think.



dennis's blog    11 comments    quote

I Can't Believe It's Not Butter    television    gay personal lubricant commercial

Submitted by Dennis Ayerson Thu, 2007-03-29 09:32.

Home    TV News    advertising    Boy Butter

### New Members

STAR

classmates.com
I graduated in:
1959 or before
1960-69
1970-79
1980-89
1990-99
2000-present

Browse Members Curr




### Recent blog po

- Hairspray trailer
- Queerview televi

# Rainbow Network

## RainbowNetwork.com

News  Features  Culture  Film & TV  Music  Nightlife  Travel  Fun  Forums  Classifieds  Finance  Health  Men  Women



# News

HOME » NEWS » DAILY NEWS

## Boy Butter Ad To Be Aired In NY

29 March 2007

**First of its kind gay-themed TV ad to air in New York and LA, but not in San Francisco because the ad is deemed ?too controversial?.**

The makers of 'Boy Butter', the hot-selling personal lubricants, were a little nervous about launching their first TV ad campaign, so they chose markets with a high gay (and presumably gay-friendly) population. They got the OK from every city except San Francisco.

?The agents from Comcast in San Francisco declined to air our 'You Won?t Believe It?s Not Boy Butter' spot because it was deemed too controversial,? says Boy Butter creator Eyal Feldman.

The 30 second ad spoofs an iconic campaign from the early 90s, featuring only the hands of two men and a voice-over of playful banter tinged with mild sexual innuendo. One hand applies the Boy Butter as both men exchange a knowing giggle.

The commercial will air soon on mainstream cable networks like Bravo, Oxygen, E and Logo in New



### Sections:
- Daily News
- Civil Partnerships
- Election Centre
- Fact Files
- Features
- Gay History
- Reflection
- Vox Pops
- News Forum

### Have You Seen:
- Newsletter
- Competitions
- Classifieds
- Forums
- What's New
- Personals
- Contact
- Terms & Conditions
- Privacy Policy
- Horoscopes

Email Address:
Login:
Password:
[Login]
☐ Use secure login
☐ Stay logged in
☐ Registration
☐ Lost Password

What's your ideal

### Related Articles:
- Gay Tourists Turned Off By Sexy Advertising
- MTV Awarded For Gay-Friendly Advertising
- Chris Smith To Head Advertising Watchdog
- Gay Police Oppose Advert Ruling
- Gay ITV Chief Resigns
- Straight Americans Welcome Gay Advertising
- TV Networks Reject Pro-Gay Church Ad
- Gay Kiss Ad Cleared



Rainbow Network

Page 2 of 3

# What's

York and Los Angeles.

"This will be the first gay personal lubricant commercial on TV," says Feldman.

But the rejection in the world capitol of gay culture shocked the team at gay owned and operated Boy Butter.

"Another Gay milestone is happening and it is such a shame that San Francisco of all places will miss out on the fun. It smacks of anti-gay bias and makes me feel like fighting for truth, justice and personal lubrication!" exclaimed Feldman.

See the commercial for yourself at www.youtube.com/watch?v=qqXl-jlKQE6o

SEND  PRINT  SAVE  BOOKMARK

first date?

Cocktails, theatre and dinner
21%

A walk on a beach
24%

Beer and a video
10%

Coffee and conversation
35%

A taxi home from the club
9%

Search:
Keywords:

Search In:
All Articles

Search

Anti-Gay Groups Target Ford Again

Domestic Violence

Could You be The Face Of EuroPride

Lesbian Complaints Rejected

Queer As Folk Ad Blitz Takes Off

More Big Names Drop Schlessinger

GFN Raises Gay Profile

**Related Links:**
Boy Butter Ad
Boy Butter
The Commercial Closet
Advertising and Gay Consumers

RainbowNetwork is not responsible for the content of external internet sites

SEND  PRINT

RainbowNetwork.com

gaydarguys.com

Rainbow Network

home

contact    register    terms & conditions    privacy policy

© 1999 - 2007 QSoft Consulting. All Rights Reserved
Gay dating, Lesbian dating, Radio, News, Travel

gaydargirls.com
gaydarradio.com
gaydartravel.com