**Exhbit 2**

RECENT POSTS

MiniMall Rap

NOBA NEWS: Marc Jacobs enter rehab

Well Hung: Cole & Son

Bag it: WANT Les Essentiels de la Vie

Ringing our necks: Band of Outsiders

"The Prestige" predicted Fall runways

Subscribe to this blog's feed



PARTNERS





CATEGORIES

Advertising

Art

Books

Contests

Current Affairs

Daily Provincetown

Design

« Why blog? | Main | Gay groups a boy's club? »

## YOU KNOW YOU'VE ARRIVED...



...as a gay blogger when you get free lube in the mail. Not just any lube, totally gay lube: Boy Butter. That's hott.

I'm usually not the shill-for-shit type, but like the idea of a lube that you can also make pie crust with (its primary ingredien is partially-hydrongenated vegetable oil). So it's terrible for your heart, but good for your libido. And most people will mistake for Country Crock. Discretion preserved!

Posted by Brenner Thomas on March 02, 2006 | Permalink

TrackBack

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/4369570

Listed below are links to weblogs that reference You know you've arrived..

Comments

OMG that sounds so trashy ... but how well does it work?

Posted by: Brandon | March 02, 2006 at 01:27 PM

I always thought you should NEVER use oil based lubricants with condoms. Only water based lubricants. Oil based/containing lubricants and talc powders can create microscopic tears in latex.

- Diary
- Email of the Day
- Fashion
- Film
- Food and Drink
- Games
- Gay Cultcha
- Magazines
- Marketing
- Media
- Music
- New York
- Opinion
- Photography
- Politics
- Popular Cultcha
- Provincetown
- Relationships
- Ringing our Necks
- San Francisco
- Science
- Sports
- Stereotypes
- Television
- Travel
- Weblogs
- Web/Tech
- Word of the Week

ARCHIVES

- March 2007
- February 2007
- January 2007
- December 2006
- November 2006
- October 2006

Posted by: anonymous | March 02, 2006 at 08:26 PM

I prefer Oil Based products so I use Polyeurithane Condoms like Avanti by Durex, sold everywhere. They never tear, plus they feel so much better than latex. Plus, I know that a Condom Safe Boy Butter is coming out this Spring. Its Called "You Won't Believe it's Not Boy Butter." Its DA BOY BUTTAH BOMB

Posted by: Eyal | March 03, 2006 at 11:50 AM

What about "Man Margarine", for those of us on a healthy diet!

Posted by: Bostonwill | March 03, 2006 at 12:46 PM

Post a comment

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address:

URL:

☐ Remember personal info?

Comments:

[ Preview ]  [ Post ]




Boy Butter Lubricants LLC

"You should use Boy Butter because it doesn't dry out quickly!"
—Sue Johansen, host of Talk Sex with Sue Johansen, advising a caller on her show.

## Cybersocket's Big Gay Site of the Month

Boy Butter Lubes
www.boybutterlubes.com

Need some Country Crock for your big city cock? While it shouldn't be used with latex condoms, Boy Butter goes great on toast – if by "toast" you mean your partner's receptive hole. The product's logo is "It's fistacular!" and we couldn't agree more. For just $16 for a 16-ounce tub of lubricant made entirely out of all-natural vegetable oils, it's like butah!

*courtesy of www.cybersocket.com*



TRASHY & TRUE BLACKOUT STORIES, DJ ABEL — THAT'S KENTERTAINMENT

# Kevin Aviance

Give it up for the Entity, peeps

## I CAN'T BELIEVE IT'S BOY BUTTER!

A rich and creamy new lube lets you get cooking—with none of the calories of real butter. Mmmmm....

You love butter on your pancakes. On your corn on the cob. On your blueberry muffins. What about on your boyfriend's ass? (Have we got your attention now?) Well, a new lube out on the market surely got ours. Boy Butter Personal Lubricant, just hitting the shelves of smart and sexy stores near you, has been whipped up by New York's own Eyal Feldman—a tall, young, good-looking connoisseur of all things man-related who saw a need for another flavor of love grease out there. "It's not that I didn't like other lubricants but I found that they either became sticky and you have to keep reapplying them over and over," says Feldman. "Or you apply them once and they linger on your parts for a good few days afterward. What was missing was a good long-lasting lube that was a cinch to clean off." So after much research and testing ("The secret to making good lube is tons and tons of patience, testing and plenty of, ahem, research assistants," admits Feldman,) he came up with the perfect formula—which is also an all-vegetable based product that he was proud of.

Then came the packaging. If you're not looking closely you might mistake Boy Butter for your mom's Country Crock. But this is not your mother's margarine. "The packaging was created because I found it to be unique amidst a host of phallic-looking lube packages out there," laughs Feldman. "The marketing of my product is rife with innuendo which suggests sex instead of blatantly putting it out there. I believe that people are smart enough to figure out what lubricant is for, so why not play on it and inject a little levity." A fan already is Feldman's own mother. "My mother is awesome," he says. "She's promoted my lube to every gay man within earshot. She visited me last month and urged me to hand out samples to a host of slightly shocked guys."

And a few more details: Boy Butter can't be used with latex condoms, but Feldman is quick to remind all that "non-latex condoms like plastic or polyurethane condoms like Avanti by Durex or Supra's by Trojan are everywhere, so one need not worry about my product not being conducive to safe sex." And even further, aside from facilitating your carnal whims, Boy Butter—such a miracle product—has other uses too. "It's a great after-shower moisturizer, a pomade, a tanning accelerator, a leather treatment," expounds Feldman. And it even tastes okay, too. "It has an ever so slightly sweet taste to it, and of course it has to be edible since it is meant to go inside the body one way or another." And as far as its use as a breakfast condiment? "I have never tried it on toast," admits Feldman. "But it is great on some warm buns I assure you."

—John Polly

For more information and to find locations where you can buy Boy Butter in NYC (at stores like Rainbows and Triangles in Chelsea, The Leatherman on Christopher Street, or Ricky's citywide) visit www.boybutterlubes.com. Also, next Thursday, August 28th, Steam at Barbelow (209 Smith St. at Baltic) in Carroll Gardens, Brooklyn helps to celebrate the launch of Boy Butter with greased up towel boys and more. The fun begins at 10pm.



# AFTERELTON
on logonline.com

NEWS, REVIEWS & COMMENTARY ON GAY AND BISEXUAL MEN IN ENTERTAINMENT AND THE MEDIA

BLOG   TV   MOVIES   PEOPLE   BOOKS   MUSIC   COLUMNS   COMMUNITY   OTHER   SHOP

Are you getting the perks you deserve?

Learn More

monster

**User login**
Username: *
Password: *
- Log in
- Create new acc
- Request new pa

Home » blogs » dennis's blog

## I Can't Believe It's Not Boy Butter



Thanks to the UK's Pinknews for bringing this to our attention. Cable tv stations in New York and Los Angeles will shortly be running the first television commercial ever for a gay sex lubricant. Call me a prude, but I sorta wish they wouldn't. Not that I have anything against personal lubricant advertising, but this *particular* commercial is so unoriginal, unfunny and crudely suggestive that I think it reinforces some of the worst gay male stereotypes out there.

The ad is a take-off of the "I Can't Believe It's Not Butter" commercials of the 1990's. Only this time the product is Boy Butter and the slogan is "I Can't Believe It's Not Boy Butter."

You never see the actors, just their hands and a closeup of the product which is displayed on a kitchen counter along with some citrus fruits.

Given that the packaging is designed to look like a tub of margarine, I really don't think that anyone should be leaving this product out on their kitchen counters. But really, that's just the start of this commercial's transgressions. The thing ends with a voice-over announcer saying "Try squeezing a little Boy Butter into your tight agenda today!"

Okay, ewww. Come on guys, if you're going to produce the first television commercial ever for a gay personal lubricant you sort of have an obligation to do something tasteful -- or at least

**Find Articles On:**
Bisexual Men
Celebrities
Milestones
Teens
Transgender
Trends
Men of Color

**TV Shows:**
Brothers & Sisters
The Class
Nemesis
Survivor

**More**
Video Picks

Search
[Search]

I Can't Believe It's Not Boy Butter | OneBlogWow

## Navigation

- **create content**
- **My Account**
  - bookmarks
  - sources
  - RSS feeds

legitimately amusing. This one isn't.

Think I'm being too hard on this thing? Check out the 30 second spot below, and let me know what you think.



Average (1 vote):

see individual ratings

| | | |
|---|---|---|
| TV News | advertising | Boy Butter |
| | | gay personal lubricant commercial |

dennis's blog   email this page   quote

**I Can't Believe It's Not Butter** Submitted by **Dennis Ayerson** Thu, 2007-03-29 09:32.

**boy butter**
Submitted by **poof** (15 points) (2 posts)on Thu, 2007-03-29 10:31.



## Blogroll

- Feast of Fools
- Good as You
- Kenneth in the 21
- Out in Hollywood
- OutZoneTV
- Pam's House Blen
- Pink Is the New B
- Pop Candy
- Queeersighted:
- Queerty
- Rod 2.0
- The Futon Critic
- Television Withou
- Towleroad
- TVtattle

## New Members