DUANE MORRIS LLP
Gregory P. Gulia (GG 4215)
Eric W. McCormick (EM 1887)
Vanessa C. Hew (VH 4617)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
UNILEVER SUPPLY CHAIN, INC. and          :
CONOPCO, INC. d/b/a UNILEVER             :
                                         :
                                         :
                      Plaintiffs,        :
       -against-                         :    **RULE 7.1 DISCLOSURE**
                                         :    **STATEMENT OF**
B.B.L. INC. and EYAL FELDMAN             :    **PLAINTIFFS**
                                         :
                      Defendants.        :
---------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Unilever Supply Chain, Inc. and Conopco, Inc. d/b/a Unilever (private non-governmental corporate parties) (collectively, "Plaintiffs") certify that the following entities are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held and/or own 10% or more of the said party's stock:

Unilever N.V. and Unilever PLC

DM1\1099182.1

Dated: New York, New York
       April 19, 2007

                                          Respectfully submitted,

                                          DUANE MORRIS LLP

                                          By: _____

                                          Gregory P. Gulia (GG 4215)
                                          Eric W. McCormick (EM 1887)
                                          Vanessa C. Hew (VH 4617)
                                          1540 Broadway
                                          New York, New York 10036-4086
                                          Telephone: (212) 692-1000
                                          Fax: (212) 692-1020
                                          Attorneys for Plaintiffs
                                          Unilever Supply Chain, Inc. and
                                          Conopco, Inc. d/b/a Unilever