UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNILEVER SUPPLY CHAIN, INC., et al.,

                   Plaintiffs,

   -against-

B.B.L. INC., et al.,

                 Defendants.

-----------------------------------------------------------x

07 Civ. 3177 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
         May 29, 2007

                                                        _____
                                                            GERARD E. LYNCH
                                                             United States District Judge